RELATED DDJ

Victoria Tenisha Shanae Dillihunt (Full Name)

dillihuntvictoria@yahoo.com (Email Address)

12035 S Broadway # K (Address Line 1)    Homeless this is old address

Los Angeles CA, 90061 (Address Line 2)

No Phone (Phone Number)

Plaintiff in Pro Per

```
FILED
CLERK, U.S. DISTRICT COURT

7/3/24

CENTRAL DISTRICT OF CALIFORNIA
BY:      mz      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Victoria Tenisha Shanae Dillihunt,

Plaintiff,

vs.

Micah "Katt" Williams

Crocker Art Museum

Securitas AG

Securitas AB

Defendant(s).

Case No.: 2:24-cv-05767-FMO-MAR
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☒Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because ____ The situation took place in County of plaintiff's residence ____

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023*

1
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

### III. PARTIES

3.    Plaintiff _____Victoria Tenisha Shanae Dillihunt_____ resides at:

*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061                                                      .

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____Micah "Katt" Williams_____ works at

*(full name of Defendant)*

10250 Constellation Blvd. 9th floor , Los Angeles CA 90067      .

*(Defendant's place of work)*

Defendant's title or position is _____comedian_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex:

_____

5. Defendant _____Crocker Art Museum_____ works at

*(full name of Defendant)*

216 O Street, Sacramento,  CA 95814      .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____

.                                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                  ■ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex:

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___.  Defendant  _Securitas AG_____ works at
   *Insert ¶ #*
2  _3052 Zollikofen/Bern Alpenstrasse    20 P.O. Box 126_
3                          *(Defendant's place of work)*
4
5  Defendant's title or position is  _Ceo_____
6                                    *(Defendant's title or position at place of work)*
   This Defendant is sued in his/her (check one or both):
7       ■ individual capacity          ■ official capacity
8
9  This Defendant was acting under color of law because **defendant is a part of**
10 **the charades of witchcraft. EX:**
11 **Side Note: If I am struggling with finding names then I will put owner, sup-**
12 **ervisor, etc just to reference a Leading title of a persons position.**
13
14
15
16 ___.  Defendant  _Securitas AB_____ works at
   *Insert ¶ #*
17                          *(full name of Defendant)*
18 _Lindhagensplan 70, Box 12307, Stockholm, 10228_
                            *(Defendant's place of work)*
19
20 Defendant's title or position is  _Ceo_____
21                                   *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24      ■ individual capacity          ■ official capacity
25 This Defendant was acting under color of law because **defendant is a part of**
26 **the charades of witchcraft. EX:**
27 **Side Note: If I am struggling with finding names then I will put owner, sup-**
28 **ervisor, etc just to reference a Leading title of a persons position.**

_____
Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Peter Michael McCartney_ works at
2    Insert ¶ #                    (full name of Defendant)
3    _777 S Santa Fe Ave, Los Angeles CA 90021_
                                (Defendant's place of work)
4
5    Defendant's title or position is _artist @ Warner Records_
6                                        (Defendant's title or position at place of work)
7    This Defendant is sued in his/her (check one or both):
       ■ individual capacity              ■ official capacity
8
9    This Defendant was acting under color of law because _defendant is a part of_
10   the charades of witchcraft. EX:
11   Side Note: If I am struggling with finding names then I will put owner, sup-
12   ervisor, etc just to reference a Leading title of a persons position.
13
14
15
16   ___. Defendant _The Fireman_
17   Insert ¶ #                    (full name of Defendant)                    works at
18   _1107 King St East, Toronto ON M5A 1J4, Canada_
                                (Defendant's place of work)
19
20   Defendant's title or position is _Band @ Cadence Records_
21                                      (Defendant's title or position at place of work)
22
23   This Defendant is sued in his/her (check one or both):
24      ■ individual capacity              ■ official capacity
25   This Defendant was acting under color of law because _defendant is a part of_
26   the charades of witchcraft. EX:
27   Side Note: If I am struggling with finding names then I will put owner, sup-
28   ervisor, etc just to reference a Leading title of a persons position.


Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
___.  Defendant *Brandon Amphitheater*                                        works at
2    *Insert ¶ #*                              *(full name of Defendant)*
3    *8190 Rockway (off, Boyce) Thompson Dr, Brandon, MS 39042*
                                        *(Defendant's place of work)*
4

5    Defendant's title or position is _____ *Ceo* _____
6                                        *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):
8         ■ individual capacity                    ■ official capacity

9
10   This Defendant was acting under color of law because **defendant is a part of**
     **the charades of witchcraft. EX:**
11   **Side Note: If I am struggling with finding names then I will put owner, sup-**
12   **ervisor, etc just to reference a Leading title of a persons position.**
13

14

15

16   ___.  Defendant *Shiloh, Mississippi*                                works at
17   *Insert ¶ #*                              *(full name of Defendant)*
18   *322 Shiloh Rd, Brandon, MS 39042*
                                        *(Defendant's place of work)*
19

20   Defendant's title or position is _____ *ceo* _____
21                                        *(Defendant's title or position at place of work)*
22

23   This Defendant is sued in his/her (check one or both):
24         ■ individual capacity                    ■ official capacity
25   This Defendant was acting under color of law because **defendant is a part of**
     **the charades of witchcraft. EX:**
26
27   **Side Note: If I am struggling with finding names then I will put owner, sup-**
     **ervisor, etc just to reference a Leading title of a persons position.**
28

1    ___.  Defendant _Bailey's Music Barn_____ works at
2    Insert ¶ #                    (full name of Defendant)
3    _439 Paramount Church Rd Perkinston, MS 39573_
                        (Defendant's place of work)

4

5    Defendant's title or position is ___owner_____.
                                    (Defendant's title or position at place of work)

6    This Defendant is sued in his/her (check one or both):

7        ■ individual capacity          ■ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of
10   the charades of witchcraft. EX:

11   Side Note: If I am struggling with finding names then I will put owner, sup-
12   ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16   ___.  Defendant _Mike Rose Soccor Complex_____ works at
17   Insert ¶ #                    (full name of Defendant)
18   _9000 East Shelby Drive, Memphis TN 38/25_
                        (Defendant's place of work)

19

20   Defendant's title or position is ___Owner_____.
                                    (Defendant's title or position at place of work)

21

22

23   This Defendant is sued in his/her (check one or both):

24       ■ individual capacity          ■ official capacity

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. EX:

27   Side Note: If I am struggling with finding names then I will put owner, sup-
28   ervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____. Defendant  _Kelly Park_____ works at
   *Insert ¶ #*                    *(full name of Defendant)*
2  _2319 E. Caldwell St Compton, CA 90220_____
3                            *(Defendant's place of work)*

4

5  Defendant's title or position is  _Supervisor_____
6                                         *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8     ■ individual capacity              ■ official capacity

9
   This Defendant was acting under color of law because  defendant is a part of
10 the charades of witchcraft. EX:

11 Side Note: If I am struggling with finding names then I will put owner, sup-
12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ____. Defendant  _Gotham City Tobacco_____
17    *Insert ¶ #*                    *(full name of Defendant)*          works at
18 _1703 E. Compton Blvd, Compton CA 90221_
19                            *(Defendant's place of work)*

20

21 Defendant's title or position is  _CEO_____
                                         *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24    ■ individual capacity              ■ official capacity

25 This Defendant was acting under color of law because  defendant is a part of
26 the charades of witchcraft. EX:

27 Side Note: If I am struggling with finding names then I will put owner, sup-
28 ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___.  Defendant  *Trans Team* _____ works at

*Insert ¶ #*                                  *(full name of Defendant)*

2  2015 E. Compton Blvd, Compton CA 90221

3                                          *(Defendant's place of work)*

4

5  Defendant's title or position is   Ceo

6                                          *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8       ■ individual capacity            ■ official capacity

9

10  This Defendant was acting under color of law because  defendant is a part of

the charades of witchcraft. EX:

11  Side Note: If I am struggling with finding names then I will put owner, sup-

12  ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16  ___.  Defendant  *Military Cut Barber Shop* _____ works at

17  *Insert ¶ #*                              *(full name of Defendant)*

18  2024 N. Santa Fe Ave, Compton CA 90221

19                                          *(Defendant's place of work)*

20  Defendant's title or position is   Ceo

21                                          *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ■ individual capacity            ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of

26  the charades of witchcraft. EX:

27  Side Note: If I am struggling with finding names then I will put owner, sup-

28  ervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Byram, Mississippi_                    works at
Insert ¶ #                    *(full name of Defendant)*
2    _5901 Terry Road, Byram, MS 39272_
3                            *(Defendant's place of work)*

4
5    Defendant's title or position is _Mayor: Richard White_
6                            *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7        ■ individual capacity            ■ official capacity
8

9    This Defendant was acting under color of law because _defendant is a part of_
10   the charades of witchcraft. EX: _____

11   Side Note: If I am struggling with finding names then I will put owner, sup-
12   ervisor, etc just to reference a Leading title of a persons position.

13
14
15
16   ___. Defendant _M.S. Ramaiah Medical College_            works at
17   Insert ¶ #                *(full name of Defendant)*
18   _MS Ramaiah Nagar, Mathikere, Bengaluru, Karnataka 560054, India_
19                            *(Defendant's place of work)*

20   Defendant's title or position is _Dean_
21                            *(Defendant's title or position at place of work)*

22
This Defendant is sued in his/her (check one or both):
23
24       ■ individual capacity            ■ official capacity
25   This Defendant was acting under color of law because _defendant is a part of_
26   the charades of witchcraft. EX: _____
27   Side Note: If I am struggling with finding names then I will put owner, sup-
28   ervisor, etc just to reference a Leading title of a persons position.

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Ramaiah Institute of Technology_ works at

*Insert ¶ #*   *(full name of Defendant)*

_MSRIT Post, MS Ramaiah Nagar, MSR Nagar, Bengaluru, Karnataka 560054, India_

*(Defendant's place of work)*

Defendant's title or position is _Principal: N.V.R. Naidu_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant _Ramaiah Institute of Management_ works at

*Insert ¶ #*   *(full name of Defendant)*

_Gate No.8, General Sciences Bldg, C Block M.S.R.I.T Post, Bengaluru, Karnataka 560054, India_

*(Defendant's place of work)*

Defendant's title or position is _Director: Manasa Nagabhushanam_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant David T. Howard Middle School works at

Insert ¶ #
(full name of Defendant)

2 551 John Wesley Dobbs Ave NE, Atlanta, GA 30312

3 (Defendant's place of work)

4

5 Defendant's title or position is Principal .

(Defendant's title or position at place of work)

6

7 This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

8

9 This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. EX: RAM mascot

11 Side Note: If I am struggling with finding names then I will put owner, sup-

12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ___. Defendant Green Mountain High School works at

17 Insert ¶ #
(full name of Defendant)

18 13175 West Green Mountain Drive, Lakewood Colorado 80228

(Defendant's place of work)

19

20 Defendant's title or position is Principal: Josh Shellard

21 (Defendant's title or position at place of work)

22

23 This Defendant is sued in his/her (check one or both):

24 ■ individual capacity          ■ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. EX: RAM mascot

27 Side Note: If I am struggling with finding names then I will put owner, sup-

28 ervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1       . **Defendant** _Virginia Commonwealth University_                    works at
*Insert ¶ #*                                    *(full name of Defendant)*
2      _907 Floyd Ave, Richmond, VA 23284_
3                                          *(Defendant's place of work)*

4

5   **Defendant's title or position is** _President; Michael Rao_              .
                                          *(Defendant's title or position at place of work)*
6
    **This Defendant is sued in his/her (check one or both):**
7
              ■ individual capacity              ■ official capacity
8

9   **This Defendant was acting under color of law because** defendant is a part of
10  the charades of witchcraft. EX:

11  Side Note: If I am struggling with finding names then I will put owner, sup-
12  ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16       . **Defendant** _University of Rhode Island_                    works at
*Insert ¶ #*                                    *(full name of Defendant)*
17
18  _45 Upper College Rd, Kingston, RI 02881_
19                                          *(Defendant's place of work)*

20  **Defendant's title or position is** _President; Marc Parlange_
21                                          *(Defendant's title or position at place of work)*
22

23  **This Defendant is sued in his/her (check one or both):**
24            ■ individual capacity              ■ official capacity
25  **This Defendant was acting under color of law because** defendant is a part of
26  the charades of witchcraft. EX:

27  Side Note: If I am struggling with finding names then I will put owner, sup-
28  ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____. Defendant **Fordham University School of LAW** works at
   *Insert ¶ #*                                (full name of Defendant)

2
3  **113 W. 60th Street, New York, NY 10023**
                                (Defendant's place of work)

4

5  Defendant's title or position is **Provost: Dennis G Jacobs**
                                (Defendant's title or position at place of work)

6

7  This Defendant is sued in his/her (check one or both):

8     ■ individual capacity              ■ official capacity

9

10 This Defendant was acting under color of law because **defendant is a part of**
   the charades of witchcraft. EX: **Mascot: RAM (Catholic/Jesuits University)**

11 Side Note: If I am struggling with finding names then I will put owner, sup-

12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ____. Defendant **City College of San Francisco**                    works at
   *Insert ¶ #*                           (full name of Defendant)

17

18 **50 Frida Kahlo Way, San Francisco, CA 94112**
                                (Defendant's place of work)

19

20 Defendant's title or position is **Chancellor: David Martin**
                                (Defendant's title or position at place of work)

21

22

23 This Defendant is sued in his/her (check one or both):

24     ■ individual capacity              ■ official capacity

25 This Defendant was acting under color of law because **defendant is a part of**
   the charades of witchcraft. EX: **Established on August 26th 1935 & August 26th is my birthday &**

26
27 Side Note: If I am struggling with finding names then I will put owner, sup-   **Mascot is**
   ervisor, etc just to reference a Leading title of a persons position.          **RAM**

28

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



\* The Fall of Man \*                              \* Fall Begin September 23, 2023 \*

Robbery of Front Door - Temple (Body) and Temple (Residence) (Garden)
Using the Back Door - Perverting Sound, words, Sex, senses, etc
Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

(Explain what happened to your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

1. Genesis 3:1-24 ① Now the serpent who was more subtile
Insert ¶ #
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: ③ But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④ And the serpent said
Insert ¶ #
unto the woman, Ye shall not surely die: ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit thereof,

3. and did eat, and gave also unto her husband with
Insert ¶ #
her; and he did eat. ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

i

Page Number

4 . I was afraid, because I was naked; and I hid myself.
Insert ¶ # ⑪ And he said, Who told thee that thou wast naked? Hast thou
eaten of the tree, whereof I commanded thee that thou
shouldest not eat? ⑬ And the man said, The woman whom thou
gavest to be with me, she gave me of the tree, and I did eat.
⑬ And the LORD God said unto the woman, What is this that
thou hast done? And the woman said, The serpent beguiled
me, and I did eat. ⑭ And the LORD God said unto the serpent,

5 . Because thou hast done this, thou art cursed above all
Insert ¶ # cattle, and above every beast of the field; upon thy belly
shalt thou go, and dust shalt thou eat all the days of thy
life. ⑮ And I will put enmity between thee and the woman, and
between thy seed and her seed; it shall bruise thy head, and
thou shalt bruise his heel. ⑯ Unto the woman he said, I will
greatly multiply thy sorrow and thy conception; in sorrow
thou shalt bring forth children; and thy desire shall be

6 . to thy husband, and he shall rule over thee. ⑰ And
Insert ¶ # unto Adam he said, Because thou hast hearkened unto the
voice of thy wife, and hast eaten of the tree, of which I
commanded thee, saying, Thou shalt not eat of it: cursed is
the ground for thy sake; in sorrow shalt thou eat of it all the
days of thy life; ⑱ Thorns also and thistles shall it bring forth
to thee; and thou shalt eat the herb of the field: ⑲ In the sweat
of thy face shalt thou eat bread, till thou return unto the ground;
for out of it wast thou taken: for dust thou art, and unto dust shalt

2
Page Number

1  7  the return ⑳ And Adam called his wife's name Eve; because
   Insert ¶ #
2  she was the mother of all living. ㉑ Unto Adam also and to
3  his wife did the LORD God make coats of skins, and clothed
4  them. ㉒ And the LORD God said, Behold, the man is become
5  as one of us, to know good and evil; and now, lest he
6  put forth his hand, and take also of the tree of life, and
7  eat, and live for ever. ㉓ Therefore the LORD God sent him forth
8  from the garden of Eden, to till the ground from whence he was taken.
9
10  8  ㉔ So he drove out the man; and he placed at the east of the
    Insert ¶ #
11
12  garden of Eden Cherubim, and a flaming sword which turned
13  every way, to keep the way of the tree of Life. Genesis 4:1-26
14  (Cain and Abel) ① And Adam knew Eve his wife; and she conceived,
15  and bare Cain and said, I have gotten a man from the LORD.
16  ② And she again bare his brother Abel. And Abel was a keeper of
17  sheep, but Cain was a tiller of the ground. ③ And in process of
18  time it came to pass, that Cain brought of the fruit of the
19  9  ground an offering unto the LORD. ④ And Abel, he also
20    Insert ¶ #
21  brought of the firstlings of his flock and of the fat thereof.
22  And the LORD had respect unto Abel and to his offering ⑤ But
23  unto Cain and to his offering he had not respect. And Cain
24  was very wroth, and his countenance fell. ⑥ And the LORD
25  said unto Cain, Why art thou wroth? and why is thy countenance
26  fallen? ⑦ If thou doest well, shalt thou not be accepted? and
27  if thou doest not well, sin lieth at the door. And unto thee shall
28  be his desire, and thou shalt rule over him. ⑧ And Cain talked

3
Page Number

10 . with Abel his brother: and it came to pass, when they

*Insert ¶ #*

were in the field, that Cain rose up against Abel his brother, and slew him. ⑨ And the LORD said unto Cain, Where is Abel thy brother? And he said, I know not: Am I my brother's keeper? ⑩ And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. ⑪ And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand. ⑫ When

11 . thou tillest the ground, it shall not henceforth yield unto

*Insert ¶ #*

thee her strength: a fugitive and a vagabond shalt thou be in the earth. ⑬ And Cain said unto the LORD, My punishment is greater than I can bear. ⑭ Behold, thou hast driven me out this day from the face of the earth; and from thy face shall I be hid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. ⑮ And the

12 . LORD said unto him, Therefore whosoever slayeth Cain,

*Insert ¶ #*

vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any finding him should kill him. ⑯ And Cain went out from the presence of the LORD, and dwelt in the land of Nod, on the east of Eden. ⑰ And Cain knew his wife; and she bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch. ⑱ And unto Enoch was born Irad: and Irad begat Mehujael: and Mehujael

4

*Page Number*



1   13 . begat Methusael: and Methusael begat Lamech.

2   ⑲ And Lamech took unto him two wives: the name

3   of the one was Adah, and the name of the other

4   Zillah. ⑳ And Adah bare Jabal: He was the father

5   of such as dwell in tents, and such as have cattle.

6   ㉑ And his brother's name was Jubal: he was the father

7   of all such as handle the harp and organ. ㉒ And Zillah,

8   she also bare Tubal-cain, an instructor of every

9

10   14 . artificer in brass and iron: and the sister of

11   Tubal-cain was Naamah. ㉓ And Lamech said unto

12   his wives, Adah and Zillah, hear my voice; ye

13   wives of Lamech, hearken unto my speech: for

14   I have slain a man to my wounding, and a young

15   man to my hurt. ㉔ If Cain shall be avenged seven-

16   fold, truly Lamech seventy and sevenfold. ㉕ And

17   Adam knew his wife again; and she bare a son,

18

19   15 . and called his name Seth: For God, said she, hath

20

21   appointed me another seed instead of Abel, who Cain

22   slew. ㉖ And to Seth, to him also there was born a

23   son; and he called his name Enos. then began men

24   to call upon the name of the LORD.

25   ✱✱✱ Now I will back down Genesis 3 and 4 to show

26   you the role play that has been taken place like a movie

27   being directed, organized, and filmed by individuals

28   whose main purposes were to deceive, mislead, and

16. : indoctrinate the minds of humanity while attempting
*Insert ¶ II*
to steal, kill, and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare *☀☀☀*
Lets start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17. : Incest in the Royal Bloodlines in order to keep the
*Insert ¶ II*
kingdom locked down. According to the Wikipedia "List
of Coupled cousins" the "Royalty in Europe" had 215
Kingdoms in Europe that reigned under the Spirit
of Perversion because of Incest ☀ Mind you, Perversion
only truly means a twisted truth ☀ Let's start with
① Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18. and he married his paternal cousin Claudia Livia
*Insert ¶ II*
in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, ② Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

19. Drusus Julius Caesar and Queen Victoria of Great
*Insert ¶#*
Britain and Ireland there were 213 other kingdoms that
reigned under Perversion which sums up to a total of
215 Kingdoms. Out of the perversion seed of incest
Queen Victoria's eldest son Edward VII was the first
Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German)
throne on Jan 22,1901. When you look at Prince Albert incest
with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple
*Insert ¶#*
fashions in this situation. For instance, Prince Albert and
Queen Victoria are not just cousins but they are husband
and wife; however she has the label Queen and he has
the label Prince right there is two other types of perversion
hidden ① Husband + Wife = King + Queen not Queen + Prince
which equals Mother and Son ② Queen + Prince in this case
equals Wife + Husband which means the Queen is King =

21. Dionysus/Transgender (Israel on role) + Prince is Husband
*Insert ¶#*
which reveals the Serpent from Adam and Eves Fall because
when they fell she became King in the serpents Kingdom.
So this proves that the Europeans are the twisted TRUTH (Fallen State)
of my original essence that's why they've caused so much
damage yet dark skinned/brown skinned people have payed
the price. This also explains the movie "The Great Gay
Road" and the blackmail of America & Christianity/Jews.
If you look at Prince Albert and Queen Victoria

7

Civil Rights Complaint Pursuant to U.S.C. § 1983

22. as Adam and Eve then their oldest son Edward VII would
Insert ¶ #
represent Cain and by him being the first Saxe-Coburg-Gotha
monarch to ascend to the throne on Jan 22, 1901 that
means Saxe-Coburg-Gotha would represent the land of
Nod that Edward VII; playing as Cain would build while
on the throne. Mind you that Cain was born of the serpent
seed in Genesis then he killed Abel and God placed
a mark on him so nobody would kill him (paraphrasing GENESIS 4)

23. Edward VII had a son named George V who was King of
Insert ¶ #
United Kingdom, British Dominions, and Emperor of India from
1910-1936. George V had a son named Albert Frederick
Arthur George (Prince Albert of York) then became King George VI
of United Kingdom, Dominions, and of the British Commonwealth
who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
Now watch what happened under King George VI reign and
also what occurred afterwards. In 1939, King George VI,
                                          or
24. his British Empire, and most Commonwealth countries (except
Insert ¶ #
Ireland) declared war on Nazi Germany (for whatever reason
they proclaimed pertaining to Poland) however during WWII
between 1941 and 1945 Nazi Germany while under Hitler's
rule killed around 6 million Jews using genocide (the
Holocaust) as it's tool of weaponry. There were also approximately
5 million prisoners of war murdered as well. However, my
key point is that the Jews were tortured in a war that
wasn't even about them. This is similar to how Cain

25. Killed Abel without cause. Now, let me rewind back
Insert ¶ #
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Uber eine neue organische Base in de Cocablattern meaning On a

26. Now Organic Base in the Coca Leaves. His paper talks about
Insert ¶ #
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greek word "Kristallos" meaning both
ice" and "rock crystal" ✱ Right, here shows that in this perverted
role play of Adam and Eve. Being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Nieman out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27. Sell in the streets which is a form of genocide against themselves &
Insert ¶ #
their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to prisas
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have knowingly or unknowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

28 . of Nazareth by drugs as others profited off of the
Insert ¶ #
proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build more Cains to kill Abel. I explained drugs as
a backdoor tactic because, under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29 . to the throne. as Edward VII the King of Saxe-
Insert ¶ #
Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. *** Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka King George VI symbolizes Cain under the name Albert

30 . because he was named after his great-great Grandfather
Insert ¶ #
Prince Albert (Queen Victoria's Husband) however this is according
to kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazis killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be crucified).

10
Page Number

31. Now, another thing I would like to point out is *Insert ¶ #* that, it was during Adolf Hitler's youth that he tried to become an artist (drawing) but was rejected by the city's Academy of Fine Arts. All this occurred after his mother died when he was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc.) and moved to Vienna (Vienna sausages), the glamorous capital of the Austro-Hungarian Empire. He thought moving to Vienna would be the ideal place to pursue his dream of being an artist.

32. He tried to get into the Academy of Fine Arts again yet they *Insert ¶ #* rejected him again. He ended up moving from one cheap room to another, even living in a homeless shelter for a time. Then he started earning money by selling his paintings to tourist and frame sellers which earned him enough money to move out the shelter and to move into a mans home. Being a frustrated young artist Hitler became interested in politics. In Vienna there was a Jewish store owner who was one of Hitlers loyal customers

33. So his time in Vienna shaped Hitlers worldview. Hitler ended *Insert ¶ #* up moving to Munich where he found some well off customers who commissioned works from him but his progress came to an halt when the Munich police tracked him down for not registering for the military draft in Linz. He didn't pass the fitness exam at first however he then voluntarily enlisted that August after the outbreak of World War 1 ended his stint as a struggling young artist. It was his time in Vienna and his frustrated art career that became part of the myth-making by Hitler himself and by his

11
Page Number

34 : followers that helped drive his fateful rise to power in
*Insert ¶ #*
Germany. Hitler railed against modern art, calling it the
"degenerate" product of Jews and Bolsheviks and a threat
to the German national identity. In 1937, the Nazis rounded
up some 16,000 works of this type from German museums
and put hundreds of them on display in Munich. The exhibition,
intended to heap scorn on the artist ended up being attended
by 2 million people, Looking at Hitlers military time let's talk about

35 : drugs. The use of Methamphetamine, better known as crystal
*Insert ¶ #*
meth, was a pill form of the drug called Pervitin and it was
distributed by the millions to the Nazi troops before their successful
invasion of France in 1940. Developed by the Temmler pharmaceutical
company, based in Berlin, Pervitin was introduced in 1938 and
marketed as a magic pill for alertness and an anti-depressant.
A military doctor experimented on 90 college students and
decided based on the results the drug would help Germany win

36 : the war. Other allied soldiers used amphetamines (speed)
*Insert ¶ #*
in the form of Benzedrine in order to battle combat and fatigue.
Others used anesthetics like Goring whose nickname was
actually Morning from morphine. Meth was Pervitin until a
Japanese chemist, Nagai Nagayoshi first synthesized meth in
1893. In 1919 a younger protégé of Nagai named Akira
Ogata discovered another method of synthesizing the
crystalline form creating a new stimulant called
crystal meth. ** Drugs have been used as weapons

12
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

37. of Warfare, blackmail, human trafficking, etc in
*Insert ¶ #*
the USA however Americans have paid the price for
systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II being Queen. Also, Prince Philip and Queen

38. Elizabeth were third cousins so they're marriage is
*Insert ¶ #*
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
King of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39. and sacred Flame, which was more likely the most
*Insert ¶ #*
prayed to of all gods. *Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

13
Page Number

40. Their religion is known to be protestant for the
*Insert ¶ #*
United Kingdom and Commonwealth. However protestant
is just a breakoff of Roman Catholics because the Roman
Catholic church split into 3 categories under christianity
which was Catholic, Eastern Orthodox, and Protestant.
But they do not represent the same belief patterns as
us because they're still governed by the Pope and their
sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising
*Insert ¶ #*
and establishing His Kingdom. Well, under Queen Elizabeth II
reign, another form of genocide occurred. This plague or
genocide is called Covid19. This plague killed many
people, isolated many people, and weakened humanity
within the realm of spirituality when it came to fellowship
in the temple which then turned into social religion (a
gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off
*Insert ¶ #*
The Body of Christ by placing the True Believers of God in
a fallen state because the digital realm is created by
man and stems from space symbolizing the 2nd heaven
where the prince of darkness is when the Throne of
Jehovah Mekadesh (God our Holiness) is the third
Heaven). What this also did was attempt to mark the
Chosen Ones with the Mark of the Beast so that
Roman Catholic could pretend to be the woman

14
*Page Number*

43. From Revelation 12 and The Chosen ones would look like the Red Dragon in Revelation 12. **** Moving Forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam & Eve. The sorcery and perverted truth behind Roman Catholics ① Catholic is Adam and Eastern Orthodox (still Catholic) is Eve - then The Roman Catholic Archdiocese is Cain (who was Eve's first son and Killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)). ② Roman Catholics according to Roman in the Trinity format will sum up to Roman Empires as Satan acting as The Father, The Anti Christ as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-Western Iran, known for it's political and cultural base of the medes) Symbolizing The Anti Christ, Greece is a country in Southeast Europe symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the kingdom by demonizing everybody using deceptive strategies to deceive the people, and indirectly marking them with the beast.

16

\* December 25 = Christmas = Christ Massacre, not
Christ birthday.

46 ③. Let's now explain Adam & Eve according to
Rome & Germany whiched birthed out The Holy
Roman Empire. On December 25 800, Pope Leo III
crowned Frankish King Charlemagne as Roman Emperor
reviving the title in Western Europe, after the fall of the
ancient Western Roman Empire in 476 it fell in 924 then
was revived again in 962 until the 12th century as the most
powerful monarch in Europe. In 1262 Ottone I Visconti

47 . was elected as archbishop of Milan, Italy which
earned him one of the Holy Roman Seats in Italy.
after he conquered Milan from their rival Della
Torre family in 1277. The Visconti of Milan are a
noble Italian family. Their motto is: "I will not violate
the customs of the serpent." The Visconti was called
LORD of Milan (from 1277-1395) and the Duke of Milan
(from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti= Vice Comes.
Vice "Deputy" + Comes "Count". \* This is the backdoor
way of how they marked my partner due to his gang
in Chicago named "Vicelords" which is a bloodgang.
Then I can break down ViceComes into Victorious
Ice (Crystal Meth) LORD and Comes into Nut (Seed) Count representing
the 12 tribes of Israel. Ironically, the headquarters
of the Nation of Islam (false 12 tribes) is located
in Chicago, Illinois as well. So this explains how
£ for America.

16
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  49. they have marked my lover as the red dragon
   Insert ¶ 9
2  and as the Crystal Meth drug Lord when he doesn't
3  even sell drugs but now I see why every time I
4  was with him intimately then I wanted to smoke
5  after I left. Now, we all know that Meth was
6  in pill form first called Pervitin during Hitler's
7  reign in Germany Nazi military, then a German
8  chemist synthesized meth, and a japanese
9
10 50. chemist crystallized meth into rock form. So
11    Insert ¶ 9
   this explains alot about Europe's Kingdom and their demonic
12 Church (to be continued). Moving forward, In 1356 the
13 golden bull was created without the pope (Pope Innocent
14 VI) involvement but he did not oppose it either because
15 he need the King to aid him with his enemy Visconti.
16 By not opposing it made this pope just as guilty as
17 the other side because it symbolized Idolatry. On
18
19 51. August 10, 1397 Albert II of Germany also known as Albert
20    Insert ¶ 11
21 the Magnanimous KG was elected King of the Romans as
22 Albert II. He also was king of the Holy Roman Empire,
23 and a member of the House of Habsburg (House of Austria).
24 KG stands for The Most Noble Order of the Garter. It's
25 an order of chivalry (order of knights typically founded during
26 the original Catholic military orders of Crusades (c. 1099-1291))
27 and paired with medieval concepts of ideals of chivalry
28 (code of conduct in Europe from 1170-1220). The Most Noble Order

17
Page Number

52 : Order of the Garter was founded by Edward III
_Insert ¶ #_
of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
who was queen consort of Germany and Bohemia.
The Bohemian language of the 19TH century was the language Czech
of the Diet (Diet Assembly) is the general assembly of the

53 . Imperial Estates of the Holy Roman Empire. Diet is
_Insert ¶ #_
also a designation for modernday legislative bodies of
certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag the FEDERAL
Diet. ✳ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who crystalized amphetamine and
created methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs
_Insert ¶ #_
old and Albert who taught me how to smoke meth until @ 14 yrs old
I ended up pregnant with his daughter ✳ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

18
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

55 . the Judenplatz at Vienna. It was after the death
*Insert ¶ #*
of Duke Albert IV in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna synagogue
on Nov 5. 1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaigns. On the
other hand, after the Hussites had devastated the duchy,

56 . the Austrian Jews were accused of collaboration and
*Insert ¶ #*
arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1420 the imprissonment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57 . (just like they did Blacks) while wealthy Jews remained under
*Insert ¶ #*
arrest, several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death.
Ninety-two men and 120 women were burned at the stake
south of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
**✱✱✱** As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

19
Page Number

58. seized their prosperity. Which is a form of the devil blackmailing Gods people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59. seeing again today is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60. (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind theives & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than All SELFISH AGENDAS must be destroyed because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE
#MORE PRAYER, MORE POWER LESS PRAYER LESS POWER
#JESUS CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  61. It was said that the Jewish were prosperous in the town
2  *Insert ¶* of Krems which is in Austria. There's a wine region called
3  Kremstal that lies on the south-eastern arc of the
4  Waldviertel and the Dunkelsteiner Wald ridge, built up
5  from hard crystalline rock, and opens out into the Alpine
6  foothills towards the east, where unconsolidated rock prevails.
7  The Kremstal vineyards are divided into three distinct areas:
8  Stein district that borders with the Wachau, The Krems Valley, and
9

10  62. the small wine villages south of Danube clustered around the
11  *Insert ¶* imposing Göttweig Abbey *** Jews symbolize Gods chosen
12  people, wine symbolizes Gods blessing for his people, and three
13  symbolizes Father, Son, and Holy Ghost. Deuteronomy
14  7:6 For thou art a holy people unto the LORD thy
15  God: the LORD thy God hath chosen thee to be a special
16  people unto himself, above all people that are upon
17  the face of the earth. Deuteronomy 7:12-13 (12) Wherefore
18

19  63. it shall come to pass, if ye hearken to the judgements, and
20  *Insert ¶* keep, and do them, that the LORD thy God shall keep unto
21  thee the covenant and the mercy which he sware unto thy
22  fathers: (13) And he will love thee, and bless thee, and multiply
23  thee: he will also bless the fruit of thy land, thy corn,
24  and thy wine, and thy oil, the increase of thy kine,
25  and the flocks of thy sheep, in the land which he
26  sware unto thy fathers to give thee. Matthew 28:19
27  Go ye therefore, and teach all nations, baptizing them

28

21
Page Number

1  64. in the name of the Father, and of the Son, and
2  of the Holy Ghost. 1 John 5:7- For there are three
3  that bear record in heaven, the Father, the Word,
4  and the Holy Ghost: and these three are one.
5  ✱ As you see in Matthew 28:19 and 1 John 5:7
6  Jesus is the fulfilment of the Word of His Father
7  which makes Jesus spirit the Holy Ghost which
8  is the spirit of Prophecy (past, present, and future).

10  65. ✱✱✱ Returning to Rome & Germany, I'd like to bring
11  up the Italian Social Republic also known as the Republic
12  of Salò. It was considered a Nazi-German puppet state
13  with little diplomatic recognition until World War II, which
14  existed from the beginning of the German occupation of
15  Italy in September 1943 until the surrender of German
16  troops in Italy in May 1945. The German occupation
17  triggered widespread national resistance against it and

19  66. the Italian Republic leading to the Italian Civil War.
20  Most of the 8,000 Italian Jews who died in the Holocaust
21  were killed during the 20 months of the Salò (Italian
22  Social Republic) regime. ✱ It seems as if Italy (whether Rome
23  or Vatican), Britain Kingdom, and Germany (whether Holy Roman
24  Empire of Germany or Nazi) always seem to be socializing or
25  "pretending" to be at war when Jews get killed and their stuff
26  gets seized. The common denominator is Roman Catholic
27  and Britain who stands by and watch however he is the
28

22
Page Number

1    67. King over the kingdoms. This is organized crime in
2    the most subtle and cunning ways possible just like the
3    serpent and Eve who then gave it to Adam and he ate.
4    Which caused them to fall. Moving forward to finalize my
5    stance I will add one more component about Germany. On November
6    1, 1895, Max Skladanovsky and his brother Emil demonstrated
7    their self invented film project, the Bioscop, at the Wintergarten
8    music hall in Berlin. On December 28, 1895 the first paying
9

10    68. public display of the Lumière brothers' Cinematographe
11    was in Paris. In 1910, the first German "artistic" films began
12    to be produced, an example is the film Edgar Allan Poe adaptation
13    The Student of Prague (1913) which was co-directed by Paul Wegener
14    and Stellan Rye. In 1917 a process of concentration and partial
15    nationalisation of the German Film industry began with the
16    founding of Universum Film AG (UFA) which was partly
17    a reaction to the very effective use that the Allied Powers had
18

19    69. found for the new medium for purpose of propaganda. An
20    early step towards the foundation of UFA was taken January 13, 1917
21    with the creation of the Bild und Filmant (BUFA) by Germany's
22    Supreme Army Command. Formed as a reaction to the perceived
23    advantage of Germany's enemies in the realm of film propaganda,
24    BUFA's task was to use film for psychological warfare. In 1924
25    1926 UFA had two large scale productions, Nibelungen and
26    Metropolis. Metropolis was the first film thus distinguished on
27    UNESCO's Memory of the World Register and Woman in the Moon
28

23
Page Number

1   70 . to this day. From 1933-1937 UFA experienced a new
    Insert ¶ #
2   commercial boom in the Nazi era (Nazification); not least
3   due to the government's protectionist measures, which freed
4   UFA from bothersome competition. On top of occupying
5   almost all of Europe, the Nazi regime provided UFA
6   new sales markets, as well as placing distribution outlets
7   in such "neutral" countries as the United States. By 1938,
8   after taking over foreign film production facilities in France,
9

10   71 . Belgium, and other countries, one third of the company's
     Insert ¶ #
11   sales came from abroad. UFA's economic boom made it
12   possible to further expand the so-called "star system", which
13   had already been developed in the silent film era. In an
14   act of anticipatory obedience to the Nazi regime, UFA
15   management fired several Jewish employees. In the
16   summer of 1933, the Nazi regime created the film
17   Chamber of the Reich, which adopted regulations officially
18

19   72 . excluding Jewish filmmakers from all German studios,
     Insert ¶ #
20
21   * Even in the film industry the wicked tried to get rid
22   of the Jews without probable cause however if they were
23   so dedicated to separating themselves from Gods people
24   then the people have to give back everything they stole
25   from Gods people so the separation can TRULY happen. (End)
26   ***Next topic under Roman Empire and Germany that
27   equates to Roman Catholics in the form of Adam
28   & Eve's story being twisted is the German Monk Martin

                        24
                    Page Number

            Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that
Insert *#
birthed out the 95 Theses which is the Disputation on the
Power of Indulgences (Cain) that cause The Protestant
Reformation (Abel) which they have been indirectly
working together to destroy God's people while stealing
from the people (Cain's excuse to kill Abel). But not only
that, they have intentionally worked to stop the
rise of Jesus kingdom from coming forth while

74. acting like they were for us when they both were
Insert *#
plotting on destroying us by sorcery, systems of debt, perversion
war, media, etc. Prime example of their deception
using words is the word NUN. The definition of NUN is:
① A female who lives in a monastery or convent who chose
to devote her life to prayer, service, & charitable work.
② A nun is also a male Monk ③ many religions including
Catholicism, buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use
Insert *#
social media, or smartphones. ② They can't own property
or engage in sexual relationships. ③ Nuns are expected to
renounce their inheritance and property rights. ④ Nuns
have their own room which is called a CELL ✳ NOW HERE'S
the deception of definitions 1, 2, & 3 behind the word nun:
Ⓐ In the form of Adam & Eve's story being perverted is a female.
nun (Eve) + a male monk (Adam) = Dionysus because he
was born a male and changed into a female (transgender).
✳ Monk = Zues + female nun = Semele ✳
                                                        (Cain)
(Parents of Dionysus in
the Greek religion    Page Number   25   Civil Rights Complaint Pursuant to U.S.C. § 1983
Father + Mother = God
The way some catholics pray saying
father/mother God ...

76. ③ A female nun = Roman Catholic + A male monk (nun) (EVE) (plt) (ADAM)
Insert ¶ # Holy Roman Empire of Germany equals (=) Buddhism (China, Russia, Nepal, India, North/South Korea, Japan, Laos, Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam, Singapore, etc! * This is how they tried to play us using words, religion, money, power, etc. This is organized theft because the church is supposed to be representing Jesus not all these other people

77. Gods that the Roman Catholic Church and
Insert ¶ # Britain Empire is not making anybody aware of... Buddhist is a representation of the god of wealth thats another reason why gambling has been being promoted worldwide with online casinos, sports bets, lotto, etc. The name "bet" is derived from the West Semitic word for "house" which means the casinos represent the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without
Insert ¶ # any knowledge of it. So as you can see, people have been living in the world under the deception of the enemy. He has used Religion as his driving force because it was by him twisting Gods word that caused Eve and Adam to fall. Basically, thats what we see happening in todays situation because the religions that are in on this scandal are all twisted words from the original and the twist was done in attempt

26
Page Number

79 *Insert ¶ #* ; to steal, kill, and destroy. John 10:1-16. Verily, verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. ② But he that entereth in by the door is the shepherd of the sheep. ③ To him the porter openeth; and the sheep hear his voice: and he calleth his own sheep by name, and leadeth them out. ④ And when he putteth

80 *Insert ¶ #* : forth his own sheep, he goeth before them, and the sheep follow him: for they know his voice. ⑤ And a stranger will they not follow, but will flee from him: for they know not the voice of strangers. ⑥ This parable spake Jesus unto them: but they understood not what things they were, which he spake unto them. ⑦ Then said Jesus unto them again, Verily, verily, I say unto you, I am the door of the

81 *Insert ¶ #* : sheep. ⑧ All that ever came before me are thieves and robbers: but the sheep did not hear them. ⑨ I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. ⑩ The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life, and that they might have it more abundantly. ⑪ I am the good shepherd: the good shepherd giveth his life for the sheep. ⑫ But he that is a hireling, and not the

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  82 _ shepherd, whose own the sheep are not, seeth
   Insert ¶ #
2  the wolf coming, and leaveth the sheep, and
3  fleeth: and the wolf catcheth them, and
4  scatterth the sheep. ⑬ The hireling fleeth, because
5  he is a hireling, and careth not for the sheep.
6  ¹⁴ I am the good shepherd, and know my sheep, and
7  am known of mine. ⑮ As the Father knoweth me,
8  even so know I the Father: and I lay down my
9
10  93 _ life for the sheep. ⑯ And other sheep I have,
11  Insert ¶ #
    which are not of this fold: them also I must bring,
12  and they shall hear my voice; and there shall be
13  one fold, and one shepherd. ⓒ Catholicism (Eve) +
14  Roman Empire (old Babylon) (Greece being Adam), & Buddhism (Cain)
15  attempting to kill Christianity (Abel) how is this
16  proveable because they had to use witchcraft
17  in the form of music, media, drugs, clothes, religion,
18
19  94 _ etc to war with the King of Kings and Lord of Lords.
20  Insert ¶ #
    Then they used Greece/Greek gods to ensnare Seth
21  which was Eves third son so that Enos couldn't
22  be produced so they thought. But on top of that
23  because of their perverse thinking, Enos who brought
24  back the praise of the Lord, has been worded in the
25  form of anus which symbolize the backdoor
26  entrance to the temple (body) and it was through
27  Seth descendants that Noah came. then through

        28
     Page Number

85 . one of Noah's sons' which he had 3 named
*Insert ¶ #* Shem, Ham, and Japheth. However, it was
through Shem that Gods Son Jesus Christ of
Nazareth was brought into this world * Now
here's a breakdown explaination of the few things
about Nuns : ① Nuns can't marry, use social media, or
smartphones however the Britain Kingdom and their
Serpent Seeds created the internet so that America

86 . could be distracted by the Harlots system as
*Insert ¶ #* they attempted to paint us as Babylon and as they
attempted to stop the marriage of the Lamb and
His Bride (the REAL CHURCH). ② They can't own property
or engage in sexual relationships however their system
has Americans worshipping fornication so that
they could lock us down and conquer our inheritance,
property, and families. ③ Nuns are expected to renounce

87 . their inheritance and property rights however
*Insert ¶ #* in America they used the system to obtain those rights
from us just like Jacob had Esau hand over his
birth right because Esau was hungry. If Jacob
really cared for his brother then he would have
fed Esau without asking for anything in return.
This is what China was used to do to America.
Also, remember Rebecca had Jacob trick Issac
into putting Esau's blessing on Jacob. Well, that's

88. what they had China use communism to help
Insert ¶ # pervert America so that the Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage
Insert ¶ # couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ # Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - 22) And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

91 . in thee; and the sound of a millstone shall be
*Insert ¶ ß*
heard no more, at all in thee; (23) And the light
of a candle, shall shine no more, at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more, at all in thee;
for thy merchants were the great men of the
earth; for by thy sorceries were, All nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
*Insert ¶ ß*
that were slain upon the earth. Revelation 19:6-10
(1) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Alleluia: for the LORD God omnipotent reigneth.
(2) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready. (3) And to
*Insert ¶ ß*
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (4) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (5) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31
Page Number

94. fellow servant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy. **** See, God is more advanced than humanity because He knew in advance that there were going to be people fighting against His return, he knew people were going to pretend to be Him and/or pretend to be His Bride. Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy attempting to deceive the Elect (chosen ones of God). However, due to there not being anything knew under the sun, all the enemy did was confirm how real the Word of God is and how badly we need our savior Jesus Christ of Nazareth. The story about Babylon speaks about Mystery Babylon and the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the people and the beast that carries her which goes back to the Roman Empire. Her sorceries is so great that it causes all the Kings and their armies to make war with the Lamb but not only that, the enemy knows that his time is short however he still tries his best to stop the Son of God from returning and even then the enemy already knows he lost the battle a long time ago. So the enemy is basically just putting on a show.

Civil Rights Complaint Pursuant to U.S.C. § 1983



"WICKEDNESS OF MANKIND"

1  97. Genesis 6:1-22  Wickedness of Mankind
2  *Insert § 6*  And it came to pass, when men began to multiply
3  on the face of the earth, and daughters were
4  born unto them. That the sons of God saw the
5  daughters of men-that they were fair, and they
6  took them wives of all which they chose. And the
7  LORD said, My spirit shall not always strive with
8  man, for that he also is flesh: yet his days shall
9

10  98. be a hundred and twenty years. There were
11  *Insert § 7*  giants in the earth in those days; and also after
12  that, when the sons of God came in unto the daughters
13  of men, and they bare children to them, the same became
14  mighty men which were of old, men of renown.
15  And God saw that the wickedness of man was
16  great in the earth, and that every imagination
17  of the thoughts of his heart was only evil
18

19  99. Continually. And it repented the LORD that he
20  *Insert § 8*  had made man on the earth, and it grieved him
21  at his heart. And the LORD said, I will destroy
22  man whom I have created from the face of the
23  earth; both man, and beast, and the creeping
24  thing, and the fowls of the air; for it repenteth
25  me that I have made them. But Noah found
26  grace in the eyes of the LORD. These are
27  the generations of Noah: Noah was a just man

33

Civil Rights Complaint Pursuant to U.S.C. § 1983

100. and perfect in his generations, and Noah
walked with God. ⑨ And Noah begat three
sons, Shem, Ham, and Japheth. ⑩ The earth
also was corrupt before God, and the earth
was filled with violence. ⑪ And God looked upon
the earth, and, behold, it was corrupt; for all
flesh had corrupted his way upon the earth.
⑫ And God said unto Noah, The end of all flesh

101. is come before me; for the earth is filled with
violence through them; and, behold, I will destroy
them with the earth. ⑬ Make thee an ark of
gopher wood; rooms shalt thou make in the
ark, and shalt pitch it within and without
with pitch. ⑭ And this is the fashion which
thou shalt make it of. The length of the ark
shall be three hundred cubits, and the height

102. of it thirty cubits. ⑮ A window shalt thou
make to the ark, and in a cubit shalt thou finish
it above; and the door of the ark shalt thou
set in the side thereof; with lower, second, and
third stories shalt thou make it. ⑯ And, behold,
I, even I, do bring a flood of waters upon the
earth, to destroy all flesh, wherein is the breath
of life, from under heaven; and every thing that
is in the earth shall die. ⑰ But with thee will

34

Civil Rights Complaint Pursuant to U.S.C. § 1983



"NOAH ENTERS THE ARK (GENESIS 7)"

1    103. I establish my covenant; and thou shalt come into the
*Insert ¶ #*

2    ark, thou, and thy sons, and thy wife, and thy sons

3    wives with thee. (19) And of every living thing of all flesh,

4    two of every sort shalt thou bring into the ark, to

5    keep them alive with thee; they shall be male and

6    female, (20) Of fowls after their kind, and of cattle

7    after their kind, of every creeping thing of the earth

8    after his kind, two of every sort shall come unto thee,

9

10   104. to keep them alive. (21) And take thou unto thee of
*Insert ¶ #*

11

12   all food that is eaten, and thou shalt gather it to

13   thee; and it shall be for food for thee, and for them.

14   (22) Thus did Noah; according to all that God commanded

15   him, so did he. Genesis 7:1-24 ° And the LORD said unto

16   Noah, Come thou and all thy house into the ark; for thee

17   have I seen righteous before me in this generation.

18   (2) Of every clean beast thou shalt take to thee by

19

20   105. sevens, the male and his female: and of beasts
*Insert ¶ #*

21   that are not clean by two, the male and his female.

22   (3) Of fowls also of the air by sevens, the male and female,

23   to keep seed alive upon the face of all the earth (4) For

24   yet seven days, and I will cause it to rain upon the earth,

25   forty days and forty nights; and every living substance that

26   I have made will I destroy from off the face of the earth.

27   (5) And Noah did according unto all that the LORD commanded

28   him. (6) And Noah was six hundred years old when the flood

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 lde. of waters was upon the earth. ⑦ And Noah went in, and his
*Insert ¶ #*
2 sons, and his wife, and his sons wives with him, into the ark,
3 because of the waters of the flood. ⑧ Of clean beasts, and of beasts
4 that are not clean, and of fowls, and of every thing that creepeth
5 upon the earth. ⑨ There went in two and two unto Noah into the
6 ark, the male and the female, as God had commanded Noah.
7 ⑩ And it came to pass after seven days, that the waters of the
8 flood were upon the earth. ⑪ In the six hundredth year of Noah's
9

10 107 . life, in the second month, the seventeenth day of the month, the
*Insert ¶ #*
11 same day were all the fountains of the great deep broken up, and
12 the windows of heaven were opened. ⑫ And the rain was upon the
13 earth forty days and forty nights. ⑬ In the selfsame day entered
14 Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15 Noah's wife, and the three wives of his sons with them, into
16 the ark: ⑭ They and every beast after his kind, and all the
17 cattle after their kind, and every creeping thing that creepeth
18

19 108 . upon the earth after his kind, and every fowl after his kind,
*Insert ¶ #*
20 
21 every bird of every sort. ⑮ And they went into unto Noah into the
22 ark, two and two of all flesh, wherein is the breath of life. ⑯ And
23 they that went in, went in male and female of all flesh, as God
24 had commanded him: and the LORD shut him in. ⑰ And the flood
25 was forty days upon the earth; and the waters increased, and bare
26 up the ark, and it was lift up above the earth. ⑱ And the waters
27 prevailed, and were increased greatly upon the earth; and the
28 ark went upon the face of the waters. ⑲ And the waters prevailed

36
*Page Number*

## " THE WATERS RECEDE GENESIS 8 "

1 l.9 . exceedingly upon the earth; and all the high hills, that
2 *Insert ¶ #* were under the whole heaven, were covered. ⁽²⁰⁾ Fifteen cubits
3 upward did the waters prevail; and the mountains were
4 covered. ⁽²¹⁾ All flesh died that moved upon the earth, both
5 of fowl, and of cattle, and of beast, and of every creeping
6 thing that creepeth upon the earth, and every man: ⁽²²⁾ All
7 in whose nostrils was the breath of life, of all that was
8 in the dry land, died. ⁽²³⁾ And every living substance was

10 l.10 destroyed which was upon the face of the ground, both
11 *Insert ¶ #* man, and cattle, and the creeping things, and the fowl of
12 the heaven; and they were destroyed from the earth;
13 and Noah only remained alive, and they that were with
14 him in the ark. ⁽²⁴⁾ And the waters prevailed upon the
15 earth a hundred and fifty days. Genesis 8:1-29 ⁽¹⁾ And
16 God remembered NOAH, and every living thing, and all the cattle
17 that was with him in the ark: and God made a wind to pass
18

19 l.11 over the earth, and the waters assuaged. ⁽²⁾ The fountains
20 *Insert ¶ #* also of the deep and the windows of heaven were stopped, and
21 the rain from heaven was restrained. ⁽³⁾ And the waters returned
22 from off the earth continually: and after the end of the hundred
23 and fifty days the waters were abated. ⁽⁴⁾ And the ark rested
24 in the seventh month, on the seventeenth day of the month,
25 upon the mountains of Ararat. ⁽⁵⁾ And the waters decreased
26 continually until the tenth month: in the tenth month, on
27 the first day of the month, were the tops of the mountains

1 112. seen. ⑥ And it came to pass at the end of forty days,
2 *Insert ¶ 8* that Noah opened the window of the ark which he had made:
3 ⑦ And he sent forth a raven, which went forth to and fro,
4 until the waters were dried up from off the earth. ⑧ Also
5 he sent forth a dove from him, to see if the waters
6 were abated from off the face of the ground: ⑨ But
7 the dove found no rest for the sole of her foot, and
8 she returned unto him into the ark, for the waters
9
10 113. were on the face of the whole earth: then he
11 *Insert ¶ 8* put forth his hand, and took her, and pulled her
12 in unto him into the ark ⑩ And he stayed yet other
13 seven days; and again he sent forth the dove out
14 of the ark; ⑪ And the dove came in to him in the
15 evening: and, lo, in her mouth was an olive leaf plucked
16 off: so Noah knew that the waters were abated from
17 off the earth. ⑫ And he stayed yet other seven days;
18
19 114. and sent forth the dove; which returned not again
20 *Insert ¶ 8* unto him any more. ⑬ And it came to pass in the
21 six hundredth and first year, in the first month,
22 the first day of the month, the waters were dried
23 up from off the earth: and Noah removed the covering
24 of the ark, and looked, and, behold, the face of
25 the ground was dry. ⑭ And in the second, on the
26 seven and twentieth day of the month, was the
27 earth dried. ⑮ And God spake unto Noah, saying,

38
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983



// Genesis 9 God's Covenant w/ Noah verses 8-19 //
Noah's Drunkenness verses 20-24
Curse of Canaan verses 26-29

1   115  ⑯Go forth of the ark, thou, and thy wife, and
2   Insert ¶ #
    thy sons, and thy sons' wives with thee.⑰ Bring forth
3   with thee every living thing that is with thee, of all
4   flesh, both of fowl, and of cattle, and of every creeping
5   thing that creepeth upon the earth; that they may
6   breed abundantly in the earth, and be fruitful, and
7   multiply upon the earth. ⑱And Noah went forth, and
8   his sons, and his wife, and his sons' wives with him:
9
10  116  ⑲Every beast, every creeping thing, and every fowl, and
11  Insert ¶ #
    whatsoever creepeth upon the earth, after their kinds,
12  went forth out of the ark.⑳ And Noah builded an
13  altar unto the LORD; and took of every clean beast,
14  and of every clean fowl, and offered burnt offerings
15  on the altar.㉑ And the LORD smelled a sweet savor; and
16  the LORD said in his heart, I will not again curse the ground
17  any more for man's sake; for the imagination of man's
18
19  117. heart is evil from his youth; neither will I again
20  Insert ¶ #
21  smite any more every thing living, as I have done.㉒ While
22  the earth remaineth, seedtime, and harvest, and cold
23  and heat, and summer and winter, and day and night
24  shall not cease. (Genesis 9:1-29) And God blessed Noah
25  and his sons, and said unto them, Be fruitful and multiply,
26  and replenish the earth. ②And the fear of you and the
27  dread of you shall be upon every beast of the earth, and
28  upon every fowl of the air; upon all that moveth upon

39
Page Number

1  l/8 .-the earth, and upon all the fishes of the sea; into
2  Insert ¶ #  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ⑨But flesh with the
5  life thereof, which is the blood thereof, shall ye note at.
6  ⑩And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will

10  l/9 . I require the life of man. ⑥Whoso sheddeth man's
11  Insert ¶ #  blood, by man shall his blood be shed: for in the image
12  of God made he man. ⑦And you, be ye fruitful, and
13  multiply; bring forth abundantly in the earth, and
14  multiply therein. ⑧And God spake unto Noah, and to
15  his sons with him, saying, ⑨And I, behold, I establish
16  my covenant with you, and with your seed after you;
17  ⑩And with every living creature that is with you, of the

19  l/20. fowl, of the cattle, and of every beast of the earth
20  Insert ¶ #  with you; from all that go out of the ark, to every beast
21  of the earth. ⑪And I will establish my covenant with you;
22  neither shall all flesh be cut off any more by the waters
23  of a flood; neither shall there any more be a flood
24  to destroy the earth. ⑫And God said, This is the token
25  of the covenant which I make between me and you
26  and every living creature that is with you, for perpetual
27  generations: ⑬I do set my bow in the cloud, and it

(add L to bow and you get Bowl) with a cloud is the Crystal
meth pipe aka pookey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



14 . shall be seen in the cloud: ⑮ And I will remember
*Insert ¶ #*
my covenant, which is between me and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh ⑯ And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. ⑰ And God said

122 . unto Noah, This is the token of the covenant, which
*Insert ¶ 8*
I have established between me and all flesh that is
upon the earth. ⑱ And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth:
and Ham is the father of Canaan. ⑲ These are the three
sons of Noah, and of them was the whole earth overspread.
⑳ And Noah began to be an husbandman and he planted
a vineyard. ㉑ And he drank of the wine, and was drunken;

123 . and he was uncovered within his tent. ㉒ And Ham,
*Insert ¶ #*
the father of Canaan, saw the nakedness of his father,
and told his two brethren without. ㉓ And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father's nakedness. ㉔ And Noah
awoke from his wine, and knew what his younger son
had done unto him. ㉕ And he said, Cursed be Canaan;
a servant of servants shall he be unto his brethren.

\4\1\
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  124 : And he said, Blessed be the LORD God of Shem,
   Insert ¶ #
2  and Canaan shall be this servant. God shall
3  enlarge Japheth, and he shall dwell in the tents
4  of Shem; and Canaan shall be his servant.
5  And Noah lived after the flood three hundred
6  and fifty years. And all the days of Noah
7  were nine hundred and fifty years: and he
8  died. Genesis 10:1-32 Now, these are the generations
9
10 125. Of the sons of Noah, Shem, Ham, and Japheth:
   Insert ¶ #
11 and unto them were sons born after the flood. The
12 sons of Japheth: Gomer, and Magog, and Madai,
13 and Javan; and Tubal, and Meshech, and Tiras.
14 And the sons of Gomer; Ashkenaz, and Riphath,
15 and Togarmah. And the sons of Javan; Elishah,
16 and Tarshish, Kittim, and Dodanim. By these were
17 the isles of the Gentiles divided in their lands; every
18
19 126. one after his tongue, after their families, in their
   Insert ¶ #
20 nations. And the sons of Ham; Cush, and Mizraim,
21 and Phut, and Canaan. And the sons of Cush;
22 Seba, and Havilah, and Sabtah, and Raamah, and
23 Sabtechah: and the sons of Raamah; Sheba, and
24 Dedan. And Cush begat Nimrod: he began to be
25 a mighty one in the earth. He was a mighty
26 hunter before the LORD: wherefore it is said, Even
27 as Nimrod the mighty hunter before the LORD.
28

42
Page Number

127. [10] And the beginning of his kingdom was Babel, and Erech, and Accad, and Calneh, in the land of Shinar. [11] Out of that land went forth Asshur, and builded Nineveh, and the city Rehoboth, and Calah, [12] And Resen between Nineveh and Calah: the same is a great city. [13] And Mizraim begat Ludim, and Anamim, and Lehabim, and Naphtuhim, [14] And Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his first-born, and Heth, [16] And the Jebusite, and the Amorite, and the Girgasite, [17] And the Hivite, and the Arkite, and the Sinite, [18] And the Arvadite, and the Zemarite, and the Hamathite: and afterward were the families of the Canaanites spread abroad. [19] And the border of the Canaanites was from Sidon, as thou comest to Gerar, unto Gaza; as thou goest, unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. [20] These are the sons of Ham, after their families, after their tongues, in their countries, and in their nations. [21] Unto Shem also, the father of all the children of Eber, the brother of Japheth the elder, even to him were children born. [22] The children of Shem; Elam, and Asshur, and Arphaxad, and Lud, and Aram. [23] And the children of Aram; Uz, and Hul, and Gether, and Mash. [24] And Arphaxad begat Salah; and Salah begat Eber. [25] And unto Eber were

43

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    18 . born two sons: the name of one was Peleg; for
      *Insert ¶ #*
2 in his days was the earth divided; and his brother's
3 name was Joktan. ㉑ And Joktan begat Almodad and
4 Sheleph, and Hazar-maveth, and Jerah, ㉗ And
5 Hadoram, and Uzal, and Diklah, ㉘ And Obal, and
6 Abimael, and Sheba, ㉙ And Ophir, and Havilah, and
7 Jobab: all these were the sons of Joktan. ㉚ And their
8 dwelling was from Mesha, as thou goest unto Sephar,
9
10    131 . a mount of the east. ㉛ These are the sons of
      *Insert ¶ #*
11 Shem, after their families, after their tongues, in their
12 lands, after their nations. ㉜ These are the families of
13 the sons of Noah, after their generations, in their nations:
14 and by those were the nations divided in the earth after
15 the flood.
16 ✱✱✱ The Woman, Great Red Dragon, Man Child, Michael, & The blood of the Lamb ✱✱✱
17 Revelation 12:1-17 ① And there appeared a great wonder in heaven;
18
19    132 . a woman clothed with the sun, and the moon under her feet,
      *Insert ¶ #*
20
21 and upon her head a crown of twelve stars: ② And she being with
22 child cried, travailing in birth, and pained to be delivered. ③ And
23 there appeared another wonder in heaven; and behold a great
24 red dragon, having seven heads and ten horns, and seven
25 crowns upon his heads. ④ And his tail drew the third part of
26 the stars of heaven, and did cast them to the earth: and the
27 dragon stood before the woman which was ready to be delivered,
28 for to devour her child as soon as it was born. ⑤ And she brought

1  122. forth a man child, who was to rule all nations with
Insert ¶ #
2  a rod of iron: and her child was caught up unto God, and
3  to his throne. ⑥ And the woman fled into the wilderness,
4  where she hath a place prepared of God, that they should
5  feed her there a thousand two hundred and threescore days.
6  ⑦ And there was a war in heaven: Michael and his angels
7  fought against the dragon; and the dragon fought and his
8  angels ⑧ And prevailed not; neither was their place found any
9

10  131. more in heaven. ⑨ And the great dragon was cast out, that
Insert ¶ #
11  old serpent, called the Devil, and Satan, which deceiveth the
12  whole world: he was cast out into the earth, and his angels
13  were cast out with him. ⑩ And I heard a loud voice saying in
14  heaven, Now is come salvation, and strength, and the kingdom
15  of our God, and the power of his Christ: for the accuser of
16  our brethren is cast down, which accused them before our
17  God day and night. ⑪ And they overcame him by the blood
18

19  135. of the Lamb, and by the word of their testimony; and
Insert ¶ #
20  they loved not their lives unto death. ⑫ Therefore rejoice, ye
21  heavens, and ye that dwell in them. Woe to the inhabiters of
22  the earth and of the sea! for the devil is come down unto
23  you, having great wrath, because he knoweth that he hath
24  but a short time. ⑬ And when the dragon saw that he was
25  cast unto the earth, he persecuted the woman which brought
26  forth the man child. ⑭ And to the woman were given two
27  wings of a great eagle, that she might fly into the wilderness,
28

45
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  13:6 : into her place, where she is nourished for a time, from
*Insert ¶ #*
2  the face of the serpent. ⑮ And the serpent cast out of his
3  mouth water as a flood after the woman, that he might
4  cause her to be carried away of the flood. ⑯ And the earth
5  helped the woman, and the earth opened her mouth, and
6  swallowed up the flood which the dragon cast out of his
7  mouth ⑰ And the dragon was wroth with the woman, and
8  went to make war with the remnant of her seed, which
9

10  13:1 keep the commandments of God, and have the testimony
11  *Insert ¶ #*
   of Jesus Christ. ✳✳✳ Revelation 13:1-18 ✳✳✳
12  ① And I stood upon the sand of the sea, and saw a beast
13  having seven heads and ten horns, and upon his horns ten
14  crowns, and upon his heads the name of blasphemy.
15  ② And the beast which I saw was like unto a leopard, and
16  his feet were as the feet of a bear, and his mouth as
17  the mouth of a lion: and the dragon gave him his power,
18

19  13:2 and his seat, and great authority. ③ And I saw one of
20  *Insert ¶ #*
21  his heads as it were wounded to death: and his deadly wound
22  was healed: and all the world wondered after the beast.
23  ④ And they worshiped the dragon which gave power unto
24  the beast: and they worshiped the beast, saying, who is like
25  unto the beast? who is able to make war with him? ⑤ And there
26  was given unto him a mouth speaking great things and blasphemies;
27  and power was given unto him to continue forty and two
28  months. ⑥ And he opened his mouth in blasphemy against

46
*Page Number*

1  139 . God, to blaspheme his name, and his tabernacle,
*Insert ¶ #*
2  and them that dwell in heaven. ⑦ And it was given unto
3  him to make war with the saints, and to overcome
4  them: and power was given him over all kindreds, and
5  tongues, and nations. ⑧ And all that dwell upon the earth
6  shall worship him, whose names are not written in the book of
7  life of the lamb slain from the foundation of the world.
8  ⑨ If any man have an ear, let him hear. ⑩ He that leadeth
9

10  140 . into captivity shall go into captivity: he that killeth with
*Insert ¶ #*
11  the sword must be killed with the sword. Here is the patience
12  and the faith of the saints. ⑪ And I beheld another beast
13  coming up out of the earth; and he had two horns like a
14  lamb, and he spake as a dragon. ⑫ And he exerciseth all
15  the power of the first beast before him, and causeth the
16  earth and them which dwell therein to worship the first
17  beast, whose deadly wound was healed. ⑬ And he doeth
18

19  141 . great wonders, so that he maketh fire come down
*Insert ¶ #*
20  from heaven on the earth in the sight of men. ⑭ And deceiveth
21  them that dwell on the earth by the means of those miracles
22  which he had power to do in the sight of the beast; saying to
23  them that dwell on the earth, that they should make an
24  image to the beast, which had the wound by a sword, and
25  did live. ⑮ And he had power to give life unto the image of
26  the beast, that the image of the beast should both speak,
27  and cause that as many as would not worship the image
28

47

*Page Number*

1  142 : of the beast should be killed. ⑪ And he causeth
*Insert ¶ 11*
2  all, both small and great, rich and poor, free and bond,
3  to receive a mark in their right hand, or in the foreheads:
4  ⑰ And that no man might buy or sell, save he that
5  had the mark, or the name of the beast, or the number
6  of his name. ⑱ Here is wisdom. Let him that hath under-
7  standing count the number of the beast: for it is the
8  number of a man; and his number is six hundred threescore
9
10  143. and six. ✳ Let's break down 666 Biblically ✳
11  *Insert ¶ 11*
   ✳Step 1: Count 6 books of the Bible (OLD & NEW TESTAMENT)
12  Step 2: Go to the 6TH Chapter of Book (OLD & NEW TESTAMENT)
13  Step 3: Go to the 6TH verse of Book (OLD & NEW TESTAMENT)
14  ✳Step 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
15  Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called
16  the priests, and said unto them, Take up the ark of the covenant,
17  and let seven priests bear seven trumpets of rams' horns before the
18
19  144. ark of the LORD. ✳ Step 1 Book Count (New Testament):
20  *Insert ¶ 11*
21  Matthew, Mark, Luke, John, ACTS, ROMANS ✳ Step 2 & 3 Combined:
22  Romans 6:6 - Knowing this, that our old man is crucified with
23  him, that the body of sin might be destroyed, that henceforth
24  we should not serve sin. (Add verse 7 to see why they tried
25  reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on
26  their hands so instead the summoned dead/ancient demonic spirits)
27  Romans 6:7 - For he that is dead is freed from sin. ✳ Let's give
28  a brief explanation of Joshua ✳ Joshua 1:1-6 ① Now after the death

48

1  145 : of Moses the servant of the LORD it came to pass, that the
   Insert ¶ #
2  LORD spake unto Joshua the son of NUN, Moses' minister saying,
3  ② Moses my servant is dead; now therefore arise, go over this
4  Jordan, thou, and all this people, unto the land which I do give
5  to them, even to the children of Israel. ③ Every place that the
6  sole of your foot shall tread upon, that have I given unto you,
7  as I said unto Moses. ④ From the wilderness and this Lebanon even
8  unto the great river, the river Euphrates, all the land of the Hittites;
9
10 146 : and unto the Great Sea toward the going down of the sun,
   Insert ¶ #
11 shall be your coast. ⑤ There shall not any man be able to stand before
12 thee all the days of thy life: as I was with Moses, so I will be with
13 thee: I will not fail thee, nor forsake thee. ⑥ Be strong and of a good
14 courage: for unto this people shalt thou divide for an inheritance the
15 land, which I sware unto their fathers to give them. ✳✳✳ NOW
16 here's the backend which is the perverted way they used
17 the word to build the beast empire while "ATTEMPTING"
18                    (CAIN)(canaan)
19 147 : to lock Jesus in their system so that they could blackmail
   Insert ¶ #
20 the chosen ones, Jews, children of Israel in order to steal
21 the substance of the land that was built by other people's
22 hands because the beast was cursed. Example: In Beauty and
23 the Beast, the Beast name is Prince Adam. Prince Adam only
24 means Cain which was Adams first son who killed Abel
25 the keeper of the sheep (shepherd) who was Adams second
26 son. Genesis 4:10-15 (page _____ )(paraphrased) Cain was cursed from
27 the earth, when he tilled the ground the earth wouldn't yield her strength (produce)

49
Page Number



JOB

1 ¶B . and he was a fugitive (escapee, or in hiding to avoid being arrested or
2 Insert ¶ B
persecuted) and a vagabond (going back and forth) so his system is a system of sorcery &
3 of slavery. Job 1:1³ᵀʰᵉʳᵉ was a man in the land of UZ, whose name     UZ=OZ (wizard)
4 was Job: and that man was perfect and upright, and one that feared    Job=JOB (work)
5 God, and eschewed evil. ²And there were born unto him seven sons and    1-7-3-10 Beast 1
6 three daughters. ³His substance also was seven thousand sheep, and three.   of Revelation 13
7 thousand camels, and five hundred yoke of oxen, and five hundred she
8 asses, and a very great household; so that this man was the greatest   ← G.O.A.T
9                                                                        Roman
10 1:4:9 . of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence   Catholic
11 Insert ¶ B                                                             LYRICS
12 Comest thou? Then Satan answered the LORD, and said, From going to and fro   ← Wondering:
13 in the earth, and from walking up and down in it. Job 1:8-And the LORD said unto   Cain=The
14 Satan, Hast thou considered my servant JOB, that there is none like him in the earth,   Land of Nod
15 a perfect and upright man, one that feareth God and escheweth evil? Job 1:9-Then
16 Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11-But put
17 forth thine hand now, and touch all that he hath, and he will curse thee   ← Matthew 6:24-
18 to thy face. Job 1:12- And the LORD said unto Satan, Behold, all that he hath   No man can
19           (Satan)                                                    serve two
20 is in thy power, only upon himself put not forth thine hand. So Satan went   masters: for
21 Insert ¶ B                                                             either he will
22 forth from the presence of the LORD. Job 1:15-And the Sabeans fell upon them, and   hate the one,
23 took them away; yea, they have slain the servants with the edge of the sword   and love the
24 and I only am escaped alone to tell thee. Job1:16- While he was, yet speaking   other, or else
25 there came also another, and said, The fire of God is fallen from heaven, and   he will hold
26 hath burned up the sheep, and the servants, and consumed them; and I   to the one, and
27 only am escaped alone to tell thee. Job 1:17- While he was yet speaking   despise the
28 there came also another, and said, The Chaldeans made out three bands   other. Ye cannot
   and fell upon the camels, and have carried them away, yea, and slain the servants   serve God and
   with the edge of the sword and I only am escaped alone to tell thee.   mammon!

→ K The World is
under Satanic
System! Their
Job places the
mark of the
beast on them
and their money
does too. 911
get out of the
System NOW

63
Page Number

✳ Repent & Exit Money/Beast/Job/Social System! It was a Set Up! QUICKLY!

## IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

151  Job 1:13- While he was yet speaking, there came also another, and
Insert ¶ #
said, Thy sons and thy daughters were eating and drinking wine in their
eldest brother's house. Job 1:19- And, behold, there came a great
wind from the wilderness, and smote the four corners of the
house, and it fell upon the young men, and they are dead; and
I only am escaped alone to tell thee. Job 1:20-22 (20) Then
Job arose, and rent his mantle, and shaved his head, and

152. fell down upon the ground, and worshiped. (21) And said,
Insert ¶ #
Naked came I out of my mother's womb, and naked shall
I return thither: the LORD gave, and the LORD hath taken
away; blessed be the name of the LORD. (22) In all this Job
sinned not, nor charged God foolishly. Job 2:3- And the
LORD said unto Satan, Hast thou considered my servant Job,
that there is none like him in the earth, a perfect and an

153. upright man, one that feareth God, and escheweth evil?
Insert ¶ #
and still he holdeth fast his integrity, although thou movedst
me against him, to destroy him without cause. Job 2:4 -
And Satan answered the LORD, and said, Skin for skin,
yea, all that a man hath will he give for his life. Job 2:5-
But put forth thine hand now, and touch his bone and his
flesh, and he will curse thee to thy face. Job 3:1-11 (1) After
this opened Job his mouth, and cursed his day. (3) And Job spake,
and said, (3) Let the day perish wherein I was born, and the

61

Page Number

1  [134] . night in which it was said, There is a man child conceived.
    *Insert ¶ #*
2  ④ Let that day be darkness; let not God regard it from above,
3  neither let the light shine upon it. ⑤ Let darkness and the
4  shadow of death stain it; let a cloud dwell upon it; let the
5  blackness of the day terrify it. ⑥ As for that night, let
6  darkness seize upon it; let it not be joined unto the days
7  of the year; let it not be joined unto the days of the year;
8  let it not come into the number of the months. ⑦ Lo, let
9

10  [155] . that night be solitary; let no joyful voice come therein.
11  *Insert ¶ #*  ⑧ Let them curse it that curse the day, who are ready to
12  raise up their mourning. ⑨ Let the stars of the twilight
13  thereof be dark; let it look for light, but have none; neither
14  let it see the dawning of the day. ⑩ Because it shut not up
15  the doors of my mother's womb, nor hid sorrow from mine
16  eyes. ⑪ Why died I not from the womb? Why did I not give
17  up the ghost when I came out of the belly? Job 6:6-9
18

19  [166] ⑥ Can that which is unsavory be eaten without salt? Or is
20  *Insert ¶ #*  there any taste in the white of an egg? ⑦ The things that my soul
21  refused to touch are as my sorrowful meat. ⑧ Oh that I might
22  have my request; and that God would grant me the thing
23  that I long for! ⑨ Even that it would please God to destroy
24  me; that he would let loose his hand, and cut me off!
25  ✱ Breakdown of JOB which is the medium of the system (beast) ✱
26  The Word JOB is the name of a man/book in the Bible
27  (old testament) and the word JOB is also defined as: the
28

62
Page Number

1  67. principal activity in your life that you do to earn money,
   Insert ¶ 9
2  ⑧ a specific piece of work required to be done as a duty or for
3  a specific fee. ⑥ a state of difficulty that needs to be resolved
4  ② program application that may consist of several steps but
5  is a single logical unit. ⑥ a crime (especially a robbery). ① profit
6  privately from public office or official business. ✳ This is what
7  is the beginning of their sorcery which is crossing words
8  in order to give it a different meaning. Also using phonics
9
10  68. in order to confuse a person who doesn't understand
    Insert ¶ 10
11  different languages, etc. Prime Example : Caesars world is
12  all about PROFITS which is money but Christ's world is all
13  about PROPHETS which is the mouthpiece of God being used
14  through a human being to declare and decree. Both words
15  sound the same but mean the total opposite ✳ Now,
16  the word Medium is defined as ⑧ An intervening substance
17  through which signals can travel as a means for communication
18
19  69. ⑧ someone who serves as an intermediary between the
    Insert ¶ 11
20  living and the dead ⑥ transmissions that are disseminated
21  widely to the public. ⑨ a substance in which specimens are
22  preserved or displayed. Job 1:1 the land of UZ symbolize the
23  land of OZ from the Wizard of OZ | The definition of Oz is also
24  ounce which (crossword example: Witch) is a unit of weight in
25  the US customary system and imperial system of measurement
26  (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
27  represent Revelation 13 the first beast which is the Gentile

1  180 . nations (Revelation 13:1 - And I stood upon the sand of the sea,
   Insert ¶ #
2  and saw a beast rise up out of the sea, having seven heads
3  and ten horns, and upon his horns ten crowns, and upon his
4  heads the name of blasphemy.) *Blasphemy = blasphemous
5  behavior; the act of depriving something of its sacred character. *
6  Job 1:3 - His substance also was seven thousand sheep, and three thousand
7  camels, and five hundred yoke of oxen, and five hundred she asses,
8  and a very great household; so that this man was the greatest of
9
10 181 . all the men of the east. *This verse can Symbolize sheep
   Insert ¶ #
11 as being cotton for clothing, camels is a form of cigarettes,
12 yoke of oxen can represent a slave system based upon an
13 animalistic system (beast system), she asses symbolizes the
14 females' ass especially African Americans because an ass
15 is just a donkey that is a domesticated equine (crossword Earth Queen)
16 which is derived from the African wild ass (Equus Africanus) this
17 is only a description of the (harlot system) Revelation 17:5-9
18
19 182 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
   Insert ¶ #
20
21 THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
22 EARTH ⑥ And I saw the woman drunken with the blood of the
23 saints, and with the blood of the martyrs of JESUS: and when
24 I saw her, I wondered with great admiration. ⑦ And the angel
25 said unto me, Wherefore didst thou marvel? I will tell thee the
26 mystery of the woman, and of the beast that carrieth her,
27 which hath the seven heads and ten horns. ⑧ The beast that
28 thou sawest was, and is not; and shall ascend out of the

163 . bottomless pit, and go into perdition: and they that
*Insert ¶#*
dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164 . Let me also add that carnel is also a representation
*Insert ¶#*
of Egypt. The word substance is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented," "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break substance down in two words you get
Sub meaning submarine or to act as a substitute for

165 . someone + stance, meaning the way in which someone
*Insert ¶#*
stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. Fast can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7 . And the LORD said unto Satan, Whence cometh thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (* going to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

1  16b . a representation of the Land of Nod which means that
2  LORD in this scenario is the King which makes the King the
3  real beast and the church (catholic) is the whore that
4  caused a lot of Kings to fall (Revelation 17: 10 And there
5  are seven kings five are fallen, and one is, and the other
6  is not yet come; and when he cometh, he must continue
7  a short space.) The King that has a short space is King
8  Charles III because is reign is not that long due to
9
10  16? . his age, the days we're in which is Armageddon,
11  and the truth being Revealed. Job 1: 11 But put forth thine
12  hand now, and touch all that he hath, and he will curse thee
13  to thy face. Job 1: 12 And the LORD said unto Satan, Behold,
14  all that he hath is in thy power; only upon himself put not
15  forth thine hand. Matthew 6:24 No man can serve two masters:
16  for either he will hate the one, and love the other; or else he will
17  hold to the one, and despise the other. Ye cannot serve God
18
19  16. and mammon. Romans 4:4-5 Now to him that worketh
20  is the reward not reckoned of grace, but of debt. ⑤ But to
21  him that worketh not, but believeth on him that justifieth
22  the ungodly, his faith is counted for righteousness. ✴ THE
23  SET UP of the Beast Spoken ✴ Capitalism was created
24  by Adam Smith who was born in Kirkcaldy, Fife,
25  Scotland. The first form of bank note was developed
26  in China during the Tang and Song dynasties, starting
27  in the 7th century. Its roots were in merchant receipts

169. of deposit during the Tang dynasty (618-907).
*Insert ¶ #*
During the Yuan dynasty (1271-1368), banknotes were.
adopted by the Mongol Empire. In Europe, the concept
of banknotes was first introduced during the 13th century
by travelers such as Marco Polo with European banknotes
appearing in 1661 in Sweden. True paper money, called
jiaozi" were developed as promissory notes by the 11th
century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch
*Insert ¶ #*
the founder of Stockholms Banco which was Sweden's
first bank until it was liquidated in 1667. However, it
served as the precursor to the central bank of Sweden
that was founded in 1668 as Riksens Standers Bank
until it was renamed in 1866 as Sveriges Riksbank which
is the world's oldest surviving central bank. Also, the
banknote of the one hundred daler issued by Stockholms
$100

171. Banco and signed by Johan Palmstruch in 1666 (the
*Insert ¶ #*
mark of the beast in number form). ✳ Communism
was created by Karl Marxism who was born in Trier,
Rhine Province, Prussia Germany. Marxism was also created
by Friedrich Engels who was born in Barmen, Jülich-Cleves Berg,
Kingdom of Prussia which is now Wuppertal, Germany.
Marxism is a method of socioeconomic analysis that
uses a materialist interpretation of historical development,
better known as historical materialism, to understand class

57
Page Number

172. relations and social conflict and a dialectical perspective

*Insert ¶ #*

to view social transformation. So basically, to sum up the beast system it was derived from the book of Job. Job was tested by Satan to see if he lost everything would he curse God. Satan had the ability to do whatever he wanted to Job except kill him. Satan was able to disconnect Job from every type of human support, progress, or success that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism

*Insert ¶ #*

which is when somebody else has control over another persons possessions, it also goes hand and hand with the social systems behind human relationships and behaviors, then it is combined with capitalism which actually consist of the progress and success of humans. People use their progress and successes to help build their confidence which then gives them a sense of pride about themselves.

**\***

174. So Jobs' story was the perfect story to make a

*Insert ¶ #*

system for humanity when it came to their means of providing, self confidence, and a sense of power that can be obtained while they're progressing on their job. Based upon this brief description of how they crossed words to deceive the people, you should have a better understanding on why it's so important for us to be a free people versus us being a slave because people enjoy their fun that only is tempory. In Matthew 6:24

58
Page Number

1  175. God made it specific that nobody could serve
Insert ¶ #
2  two masters: for either he will hate the one,
3  and love the other; or else he will hold to
4  the one, and despise the other Ye cannot serve
5  God and mammon. Romans 4:4-5 ⑨ Now to him
6  that worketh is the reward not reckoned of grace,
7  but of debt ※ Matthew 6:24 and Romans 4:4-5
8  both speaks about money/reward however in Matthew
9
10  176. God has given you a choice then in Romans the
Insert ¶ #
11  word tells you that the reward isn't grace however
12  it leds you into debt. Right there reality sinks
13  in letting you know that you lose more than you've
14  gained. ※※※ This right here explains how they
15  set up America and also why America is still
16  in debt while the Americans suffer for something,
17  they didn't put themselves in. Right now the
18
19  177. people are caught in the shackles of Americas
Insert ¶ #
20
21  debt to China for a debt that the people didn't
22  do but what makes it even more wrong is the fact
23  that China could have just helped America when
24  they bankrupt but instead people of those times
25  strategized a system that would be able to pay
26  back the debt yet the debt isn't paid off. Now, I
27  must also say that the marriage of the Lamb is
28  at hand in this time however, this was what

178. I call a battle due to the tricks, traps, and schemes
*Insert ¶ #* of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people. While making them believe that
they are free. Right now, people are striving for
the one world order however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
*Insert ¶ #* full control over especially when there's so much
corruption going on, and technology is bypassing
the human brains. People have forgotten what
it means to Live, Love, and laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
*Insert ¶ #* caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

60
*Page Number*

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's proveable(?) All the Appetites that people have, that are against God comes from Satan not Eve Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than Gods. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who let's you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance. However the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

Civil Rights Complaint Pursuant to U.S.C. § 1983

184. to steal, kill and destroy which makes him feel good because He Hates Himself, He Hates All GoD's creation, & HE really Hates Jesus for Being chosen. So, with ALL this being said the beast system is a system of demonic mind control, turmoil, envy, Hatred, etc. as if HELL is on earth. Also, the beast system is forced Satanic worship due to the weapons he used to cause people.

185. to believe a certain way which is only Indoctrination. He has forced the world to live backwards by using the Heaven and Earth that was created by God for humans to freely possess, be fruitful, and multiply. He has done so by Cain building a city (fast forward) Then God flooded the whole earth however he saved Noah and his family and Noah's sons' wives plus two cattle of every kind including fowls. After Noah

186. came out the ark, God told his family to be fruitful and multiply in which they did. Then one of Noah's sons' named Ham saw his dad naked which caused God to curse Ham's son Cannan. However through Noah's' other son Shem's bloodline came Jesus. So the world is backwards because the cursed ones have been stealing and making money off of Jesus while denouncing Him at the same time. The cursed ones have

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they
have profitted off the chosen ones and portrayed
to the entire world as if the chosen ones were
the cursed ones by placing labels of lies on the
names of the chosen ones. Prime example JOB
is a book in the bible about a wealthy God fearing man.
The world took the name of JOB and made it a label
for work which is job. Many people have made

188. a very good living off of whatever job or career
they have. So here's the serpents's seed Cain who kills
Abel and they are hiding behind their jobs: Here are
some job titles to prove my point ① Doctors (the first
surgery was when God put Adam in a trance, opened
his side, took out his rib, and made Eve.) ② Police Officers
(in Genesis 2:15: And the LORD God took the man, and put him
into the garden of Eden to dress and to keep it * Hebrew Definitions:

189. ① Dress → H5647 → ãbad → to serve ② Keep → H8104 → Shämar →
to protect law enforcement slogan is To Protect and to Serve). 
③ Teaching (in Genesis 1:2 - And the earth was without form, and
void; and darkness was upon the face of the deep. And the
Spirit of God moved upon the face of the waters) * Now,
let's break this down in Hebrew: Form → H8414 → tshõw = empty
place, without form, adverbially * Adverbial means a word or
group of words playing the grammatical role of an adverb.
* Grammer means: the study of the way the sentences

63
Page Number

1  190. of a language are constructed, morphology and syntax;
*Insert ¶ #*
2  the elements of any science, art, or subject; a book
3  treating such elements. A Book is to enter an official
4  charge against (an arrested suspect) on police register.
5  VOID → H922 → bōhūv= an undistinguishable ruin,
6  emptiness. Darkness → H2822 → chōsek → misery, de-
7  struction, wickedness, ignorance, death. ✱✱✱
8  From Genesis 1:2, I defined 3 words which are form,
9
10  191. void, and darkness! I used Genesis 1:2 to describe
*Insert ¶ #*
11  how the serpent seed Cain (the son of Eve who built the city)
12  vees jobs and the system to kill Abel (his brother who he envied
13  because of his favor with God). Teaching is a job that is only
14  a weapon of indotrination to kill the Godlike character
15  in individuals starting from a child that way they become
16  a program (like computer simulation) that was created to
17  destroy all Godly traits. For Example: The word form
18
19  192. in Hebrew means empty place (a childlike innocense),
*Insert ¶ #*
20  then it breaks down adverbial which describes the grammatical
21  then it breaks down adverbial which describes the grammatical
22  role of the adverb. Finally, the word grammer is described
23  as a study of sentences or a language., the elements of
24  science, art, etc in the form of a book (meaning to be
25  arrested (institutionalized in the mind; indoctrinated). Then,
26  the next word is void meaning that the worldly teachings
27  causes emptiness and/or an undistinguishable ruin. Finally, the
28  words form and void sums up to darkness which means misery,
   abstruction, wickedness, ignorance, and death (spiritualy).

193. Even though I put Doctor as #1, Police as #2, Insert ¶ # and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, Insert ¶ # psychologist, chemist, dentist, chiropractor, masseuse biologist, etc. because they all deal with the mind or body whether its evaluations, medicine (chemical substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In Modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), Insert ¶ # etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets Evangelist, Pastors, and Teachers. Now in the world you have many jobs that fall under teaching such as: Substitute teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: Tik Tok, Facebook, YouTube,

Civil Rights Complaint Pursuant to U.S.C. § 1983

196 . Pictures, Paintings, Lyrics, etc. (that can have influencers
Insert ¶ #
who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs) ✱ Mark 8:34-38
³⁴ And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me ³⁵ For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospels, the same shall

197 . save it. ³⁶ For what shall it profit a man, if he shall
Insert ¶ #
gain the whole world, and lose his own soul? ³⁷ Or what
shall a man give in exchange for his soul? ³⁸ Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels ✱ Mark 8:15 - And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod
Insert ¶ #
✱ Herod the Great was the Roman appointed king of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in southern Palestine; his father was Antipater and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2nd century BCE) Herod was
of Arab origin, although he was a practicing Jew. Herod killed
the infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
suicide attempt (just like Judas & HITLER) ✱ The enemy sets
people up to try and kill
Jesus & then they die
afterwards ✱
Set up 2 FAIL!

Civil Rights Complaint Pursuant to U.S.C. § 1983

✱ PRIDE also represents LGBT community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the
*Insert ¶ #*
category of Ammorites, Canaanites, and the Ara-maeans.
The word Edom means "RED" and the Edomites sin
was PRIDE. The Edomites were the descendants of
Esau and the Edomites worshipped many gods. Esau
became a pagan Roman who rebelled against the Torah,
a countermodel of the rabbinic Jew. Reading Rome, the
universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history
*Insert ¶ #*
universal. Pagan Rome disregarded them, but Christian
Rome made the typology part of European history.
The Church Fathers interpreted Jacob and Esau's
brotherhood as that of Christians and Jews, claimed
Jacob's legacy and decried the Jews as Esau. The
Empire's Christianization encumbered Christianity with
the Jewish-Roman past and Rome with the Christian

201. claim to disinherit Israel, and forged a traumatic
*Insert ¶ #*
relationship that still hasn't been undone. ✱Encumbered
means - to restrict or burden (someone or something) in such
a way that free action or movement is difficult. ✱John 10:1
Verily, Verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some other
way, the same is a thief and a robber. John 10:10 The
thief cometh not but for to steal, and to kill, and to destroy:
I am come that they might have life, and that they might

67
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  202 . have it more abundantly. Matthew 23:1-10 Then spake
2  *Insert ¶ #*  Jesus to the multitude, and to his disciples, ② Saying, The
3  Scribes and the Pharisees sit in Moses' seat. ③ All therefore
4  whatsoever they bid you observe and do; but do not ye
5  after their works: for they say, and do not. ④ For they
6  bind heavy burdens and grievous to be borne, and lay
7  them on men's shoulders; but they themselves will not
8  move them with one of their fingers. ⑤ But all their
9
10  203 . works they do for to be seen of men: they make broad
11  *Insert ¶ #*  their phylacteries, and enlarge the borders of the garments,
12  ⑥ And love the uppermost rooms at feasts, and the chief
13  seats in the synagogues, ⑦ And greeting in the markets,
14  and to be called of men, Rabbi, Rabbi. ⑧ But be not ye
15  called Rabbi: for one is your Master, even Christ; and all
16  ye are brethren. ⑨ And call no man your father upon the
17  earth: for one is your Father, which is in heaven. ⑩ Neither
18
19  204 . be ye called Masters: for one is your Master, even Christ.
20  *Insert ¶ #*
21  ✱ Descendents of Esau also known as Edom were the People
22  of Seir from ancient Seairth, early Rome, Venice, Germany,
23  Russia, China, Japan, and many other nations. The
24  Edomites were always in conflict with Gods people.
25  Esau gave rise to military elites such as the Spartans and
26  warriors like Alexander the Great. ✱✱✱ Moving Forward,
27  I will list a few more jobs that will also prove that they
28  perverted the word of God to make merchandise of men

68

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  205. by spiritually raping the people in order to obtain self
   Insert ¶ #
2  gain and control which is still a form of slavery but
3  just in the mind, emotions, and spiritually while deceiving
4  the world to believe that they are still free when in
5  all actuality they are being mislead by a wolf in
6  sheeps clothing. (1) Astrologers (in Genesis 1:14-16 (4) And
7  God said, Let there be lights in the firmament of the
8  heaven to divide the day from the night; and let them
9
10 206. be for signs, and for seasons, and for days, and
   Insert ¶ #
11 years: (15) And let them be for lights in the firmament
12 of the heaven to give light upon the earth: and it was
13 so. (16) And God made two great lights; the greater light
14 to rule the night: he made the stars also.) * According,
15 to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are
16 who have gone beyond what they should have, they
   people
17 have perverted the origin of why God created the lights
18
19 207. in the firmament which was to divide the day from
   Insert ¶ #
20
21 night, to be for signs (not horoscope, not for satelite, technology etc),
22 for the seasons, for the days, and for the years. People
23 have gone beyond their boundaries while acting like
24 they were just studying God's creation but in all actuality
25 they were coming-up with wicked inventions while getting
26 paid to do so. * Isaiah 47:1- Come down, and sit
27 in the dust, O virgin daughter of Babylon, sit in the
28 dust, O daughter of the Chaldeans: for thou shalt no

69
Page Number

208 . more be called tender and delicate. ⑫ Take the
millstones, and grind meal: uncover thy locks, make
bare the leg, uncover the thigh, pass over the rivers.
③ Thy nakedness shall be uncovered, yea, thy shame shall
be seen: I will take vengeance, and I will not meet
thee as a man. ④ As for our redeemer, the LORD of
hosts is his name,, the Holy One of Israel. ⑤ Sit thou
silent, and get thee into darkness, O daughter of the

209 . Chaldeans: for thou shalt no more be called, The
lady of Kingdoms, ⑥ I was wroth with my people, I
have polluted mine inheritance, and given them
into thine hand: thou didst shew them no mercy:
upon the ancient hast thou very heavily laid thy
yoke. ⑦ And thou saidst, I shall be a lady for ever:
so that thou didst not lay these things to thy heart,
neither didst remember the latter end of it. ⑧ Therefore,

210 hear now this, thou that art given to pleasures, that
dwellest carelessly, that sayest in thine heart, I am, and
none else beside me: I shall not sit as a widow, neither
shall I know the loss of children: but these two things shall
come to thee in one day, the loss of children,
and widowhood: they shall come upon thee in their perfection
for the multitude of thy sorceries, and for the great
abundance of thine enchantments. ⑨ For thou hast trusted
in thy wickedness: thou hast said, None seeth me.

70

Civil Rights Complaint Pursuant to U.S.C. § 1983

211. Thy wisdom and thy knowledge, it hath perverted
*Insert ¶ #*
thee; and thou hast said in thine heart, I am, and
none else beside me. (11) Therefore shall evil come upon
thee, thou shalt not know from whence it riseth: and
mischief shall fall upon thee; thou shalt not be
able to put it off: and desolation shall come upon
thee suddenly, which thou shalt not know. (12) Stand now
with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy
*Insert ¶ #*
youth; if so be thou shalt be able to profit, if so be thou
mayest prevail. (13) Thou art wearied in the multitude
of thy counsels. Let now the astrologers, the stargazers,
the monthly prognosticators, stand up, and save thee.
(14) Behold, they shall be as stubble; the fire shall burn
them; they shall not deliver themselves from the power
of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. (15) Thus shall they be unto thee
*Insert ¶ #*
with whom thou hast laboured, even thy merchants, from
thy youth: they shall wander every one to his quarter;
none shall save thee. * People who work in the astrology,
Tarot, physics, etc have been paid to search the hidden
mysteries of heaven and the earth which has also
been used for monetary game at the expense of
others while intentionally misleading people using
the signs. (2) Government Jobs (in Isaiah 9:6-7 For

71

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

214. unto us a child is born, unto us a son is given; and
Insert ¶#
the government shall be upon his shoulder: and his
name shall be called Wonderful, Counsellor, The mighty
God, The everlasting Father, The Prince of Peace.
Of the increase of his government and peace there shall
be no end, upon the throne of David and upon his
kingdom, to order it, and to establish it with judgement
and with justice from henceforth even forever. The

215. zeal of the LORD of hosts will perform this. ✳ In
Insert ¶#
this passage of scripture it shows that the government
was upon his shoulder however there would come
a time that he would have to overturn it in order
to bring order to Man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
Insert ¶#
truth even if they knew the truth, so all the deep
state & worldly corruption only Jesus could fix entirely.
✳ To finalize the perverting of Jobs' name and story
from the bible and man treating Jobs(work) while
using Jobs' story to obtain the Keys to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. of slavery, and caused America to run up it's debt
*Insert ¶ #*
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
*Insert ¶ #*
it was Satan (satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
*Insert ¶ #*
Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the womans seed.
Satan's goal then became his drive to steal the womans'
seed, turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

Civil Rights Complaint Pursuant to U.S.C. § 1983

220. Satan instead of God. Let's use a few scriptures from Job
Insert ¶ #
to wrap this up and move on. Job 1:9 - Then Satan answered the
LORD, and said, Doth Job fear GOD for nought? (Basically he's asking
if Job would still fear God even if he had nothing?) Job 1:11 - But
put forth thine hand now, and touch all that he hath, and he
will curse thee to thy face. (Satan told God to remove Jobs things
and he would curse God to his face). Job 1:12 - And the LORD said
unto Satan, Behold, all that he hath is in thy power, only upon


221. himself put not forth thine hand. So Satan went forth from
Insert ¶ #
the presence of the LORD. (Right here The LORD gave Satan power
over everything of JOBS' except for his life. The LORD knows the
heart of man so he knew Job would not curse him to his
face also that was a way for God to show Satan that
money wasn't everything to everybody and that some people
truly do love God). Mind you, Satan is only looking for
worship because he wanted to be greater than GOD. Mark 14:62


222. And Jesus said, I am: and ye shall see the Son of man
Insert ¶ #
sitting on the right hand of power, and coming in the
clouds of heaven. Mark 16:19-So then after the LORD
had spoken unto them, he was received up into heaven,
and sat on the right hand of God. Revelation 13:13-16
And he doeth great wonders, so that he maketh fire come
down from heaven on the earth in the sight of men. And
deceiveth them that dwell on the earth by the means of those
miracles which he had power to do in the sight of the beast,

223. saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live.⁽¹⁵⁾ And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause, that as many as would not worship the image of the beast should be killed. ⁽¹⁶⁾ And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. ✱Breakdown of the scriptures pertaining to Job 1:12- And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon himself put not forth thine hand... Now, Im going to paraphrase a few scriptures from above to paint the picture of satan pretending to be Jesus but in the shadows. ②Mark 14:61 Jesus is sitting on the right hand of power. ③Mark 16:19 – Jesus ascends to heaven to sit on the right hand

225. of God. Revelation 13:13(paraphrased) The Beast does great wonders(signs) by making fire come down from heaven. Revelation 13.16 The Beast causes all to receive a mask in their right hand, or in their forehead ⑤Genesis 1:14- God created lights in the firmament of heaven to divide day and night, Let them be signs, and for seasons, days, and years. ⑥ Isaiah 47 12-13 The daughter of Babylon was rebuked by the prophet for her enchantments, sorceries, astrologers, stargazers, and monthly prognosticators (in verse 11 he said her wisdom and knowledge perverted her & she became PRIDEFUL) ⑦ Mark 14:61- And

1  226. Jesus said, I am: and ye shall see the Son of man
2  *Insert ¶ ii*  sitting on the right hand of power, and coming in
3  the clouds of heaven. Matthew 28:18-19 ⑲ And Jesus
4  came and spake unto them, saying, All power is given
5  unto me in heaven and in earth ⑳ Go ye therefore,
6  and teach all nations, baptizing them in the name of
7  the Father, and of the Son, and of the Holy Ghost: ㉑ Teaching
8  them to observe all things whatsoever I have commanded
9
10  227. you: and, lo, I am with you alway, even unto
11  *Insert ¶ ii*  the end of the world. Amen. ※ Now in Job 1:12 God told
12  Satan that when it came to Job being tried, he had all
13  access to Jobs' possessions except he couldn't touch
14  Jobs' life with his hand. In the workforce (JOB) the
15  Boss has all the power of your money, hours, days,
16  and assignment just not over the individuals' life in
17  a personal/physical sense. Mark 14:61 Jesus sits on
18
19  228. the right hand of power and comes in the clouds
20  *Insert ¶ ii*  of heaven, Mark 16:19 Jesus sits on the right hand of
21
22  God, and Matthew 28:18 Jesus acknowledges All power is
23  given to him in heaven and in earth. So you can see Satan,
24  taking power while hiding behind Jesus because he knows the
25  word, knows how to manipulate it, and use it for is own
26  wickedness. However, Mark 14:61 Jesus comes in the clouds
27  of heaven; then in Revelation 13:13 the beast (Satan) does
28  wonders (signs/miracles) by making fire come down from heaven

70
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

229. Such as Astrology dealing with signs that they named in the
Insert ¶ #
sky & make fire come down symbolizes Technology,
media, electricity, Lightening, and fireworks. All
these methods of making fire come down is Satans attempt
to solidify his worldly Kingdom as he uses space/universe
to attempt to show forth his power as if he's God the
ultimate creator Like what God did in Genesis 1:14 - when
he first created lights in the firmament of heaven to separate

230. day from night, be as signs, seasons, days, and years.
Insert ¶ #
So if Satan is a replicator of the original that means
his Church is Babylon according to Isaiah 47:12-13
that talks about the woman and her sorceries, enchantments,
astrologers, stargazers, and prognosticators (which all
these symbolize Witchcraft) because its not the original
reason of why God created the lights in the firmament
and that means the readings are not coming from

                    (Prophetic)
231. the Holy Ghost but instead they are coming from
Insert ¶ #
demonic spirits) So they have the ability to transfer
into humans, possess them, and drive humans to
behave in abnormal ways, cause sicknesses, and/or
attach themselves in different areas dealing with a
persons' life. Speaking on Satan being a replica of God
(Yeshua) his hirelings the witches/sorcerers are only a
replica also known as a False Prophet(ess) because
they use other methods outside of Christ Jesus in order

77
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

232. to give people a false hope, a false sense of
   Insert 5 #
direction, etc and even though the false prophet(ess)
may be right on their readings the main
question is what Spirit are they moving in because
that's what determines the purity of the word
That's spoken* See, Prophets are the mouthpieces
of God which is a position that cannot be taken
lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has
   Insert 4 #
been spoken in the LORDS' name. The office
of a Prophet comes with a lot of responsibility,
accountability, etc. Prophets are called by God (Yahweh,
Jehovah, Yeshua) and not by man. However, God will
use another leader to confirm the prophetic gifting on a
persons' life then that person will go through life with
God Teaching them and Gods shepherds (apostles, evangelist,

234. pastors & teachers) helping the prophet grow in their gift
   Insert 5 #
The prophetic gift CANNOT be taught by worldly/secular
teachers. Prime example: I was going to school for psychology
and the LORD had me drop the class because psychology tries
to make sense of everything but God uses people and do things
that don't make sense to the human mind all the time. Now
there's two forms of the prophetic which is ① The Office of A
Prophet and ② The gift of prophesy *The GIFT OF PROPHECY
is a Gift of the Holy Spirit, every believer is encouraged

Civil Rights Complaint Pursuant to U.S.C. § 1983

235. to prophecy, prophecy is for edification, exhortation, and
comfort, prophetic utterance is a gift, a person that prophecy
is defind as a saint doing the work of the ministry of Christ,
the gift to prophecy if for life * The OFFICE of a prophet(ess)
is a gift from the Godhead, God chooses the prophet not
humans, the prophetic office is a gift that is used to train,
equip, direct, correct, warn and govern, the prophet is a
gift to the body of Christ, a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office of a Prophet(ess)
is for life * The Characteristics of a False Prophet *
They point people back to themselves instead of to Jesus Christ
of Nazareth, they lack spiritual accountability, they
cause dissension/division within leadership and members
within the church body, they are not seeing or speaking
through the heart and eyes of God, they operate out
of anger, frustration, and hurt, they mislead people

237. intentionally they cause people to rebell against God
as they lead the people to worship false Gods (paganism),
their in it for self gain and not to edify the church as
the Body of Christ is a hospital. 1 Corinthians 14:10-12
There are, it may be, so many kinds of voices in the world,
and none of them is without significance. Therefore if I
know not the meaning of the voice, I shall be unto him that
speaketh a barbarian, and he that speaketh shall be a barbarian
unto me Even so ye, forasmuch as ye are zealous of spiritual

79

Page Number

238 . gifts, seek that ye may excel to the edifying of the Church.
*Insert ¶ #* Proverbs 18:21 - Death and Life are in the power of the tongue: and they that love it shall eat the fruit thereof. Matthew 15:18-20
(18) But those things which proceed out of the mouth come forth from the heart; and they defile the man. (19) For out of the heart proceed evil thoughts, murders, adulteries, fornications, thefts, false witness, blasphemies: (20) These are the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1) My heart
*Insert ¶ #* is inditing a good matter: I speak of the things which I have made touching the King: my tongue is the pen of a ready writer. (2) Thou art fairer than the children of men: grace is poured into thy lips: therefore God hath blessed thee for ever.
✱ The Mouth has a way of revealing what is in the heart of man whether the words are spoken in private or in public. Now, the false prophet(ess) or witches

240 . use ritualism, music, tarot cards, horoscope, etc to obtain
*Insert ¶ #* results that they desire however it causes more harm than good because they tap into demonic spirits to obtain whatever results they desire but they fail to realize that those demonic entities can overpower them because they have opened up themselves and others to those spirits. However, God will use a prophet to stand up against what's attempting to destroy his people. So a lot of times the prophet and prophetic ministry is rejected because people

80
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

241. are looking for temporary fixes since the root of a problem is too complex, painful, and time consumming in order to correct the issue. When we are in this place it's easier to listen to people who tell you what you want to hear than to have to face the variety of emotions that show up when you have been deceived, lied on or lied to, pushed away, indoctrinated, misled, etc. However, the only way for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free. The Holy Ghost is the spirit of Truth, then there's the spirit of error because the person didn't know any better, and finally the spirit of falsehood which is when a person is intentionally deceiving people. Revelation 13:15 - And he had power to give life to the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 [18] For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who hold the truth in unrighteousness; [19] because that which may be known of God is manifest in them; for God hath shewed it unto them [20] For the invisible things of him from the creation of the world are clearly seen, being understood by the things that are made, even his eternal power and Godhead, so that they are without excuse. [21] Because that, when they knew God, they glorified

1  21 him not as God, neither were thankful; but became
   Insert ¶ #
2  vain in their imaginations, and their foolish heart was darkened.
3  22 Professing themselves to be wise, they became fools,
4  23 And change the glory of the uncorruptible God into
5  an image made like to corruptible man, and to birds,
6  and four-footed beasts, and creeping things. 24 Wherefore
7  God also gave them up to uncleanness through the lusts
8  of their own hearts, to dishonor their own bodies between
9
10  245 themselves: 25 Who changed the truth of God into a lie,
    Insert ¶ #
11  and worshiped and served the creature more than the
12  Creator, who is blessed for ever. Amen. 26 For this cause
13  God gave them up unto vile affections: for even their women
14  did change the natural use into that which is against nature:
15  27 And likewise also the men, leaving the natural use of the
16  woman, burned in their lust one toward another; men with
17  men working that which is unseemly, and receiving in
18
19  246 themselves that recompense of their error which was meet.
    Insert ¶ #
20  28 And even as they did not like to retain God in their knowledge,
21  God gave them over to a reprobate mind, to do those things
22  which are not convenient; 29 Being filled with all unrighteousness,
23  fornication, wickedness, covetousness, maliciousness; full of
24  envy, murder, debate, deceit, malignity, whisperers, 30 Backbiters,
25  haters of God, despiteful, proud, boasters, inventors of evil
26  things, disobedient to parents, 31 Without understanding, covenantbreakers,
27  without natural affection, implacable, unmerciful: 32 Who knowing
28

82
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  247. the judgement of God, that they which commit such
Insert ¶ #
2  things are worthy of death, not only do the same, but
3  have pleasure in them that do them. *** False Prophets
4  according to 2 Thessalonians 2:9- 14⁽⁹⁾ Even him, whose
5  coming is after the working of Satan with all power and signs
6  and lying wonders,⁽¹⁰⁾ And with all deceivableness of unrighteousness
7  in them that perish; because they received not the love
8  of the truth, that they might be saved.⁽¹¹⁾ And for this cause
9

10  248. God shall send them strong delusion, that they should
Insert ¶ #
11  believe a lie:⁽¹²⁾ That they all might be damned who believed
12  not the truth, but had pleasure in unrighteousness.⁽¹³⁾ But
13  we are bound to give thanks always to God for you, brethren
14  beloved of the Lord, because God hath from the beginning
15  chosen you to salvation through sanctification of the Spirit
16  and belief of the truth:⁽¹⁴⁾ Whereunto he called you by our
17  gospel, to the obtaining of the glory of our lord Jesus Christ.
18

19  249. * The methods of the False Prophets * 1 John 2:15-
Insert ¶ #
20
21  ¹⁵Love not the world, neither the things that are in the
22  world. If any man love the world, the love of the Father
23  is not in him.⁽¹⁶⁾ For all that is in the world, the lust
24  of the flesh, and the lust of the eyes, and the pride
25  of life, is not of the Father, but is of the world.
26  ⁽¹⁷⁾And the world passeth away, and the lust there of: but
27  he that doeth the will of God abideth for ever.⁽¹⁸⁾ Little
28  children, it is the last time: and as ye have heard that

83
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  250. antichrist shall come, even now are there many
Insert ¶ #
2  antichrists; whereby we know that it is the last time.
3  ⑪ They went out from us, but they were not of us; for
4  if they had been of us, they would no doubt have continued
5  with us: but they went out, that they might be made
6  manifest that they were not all of us. ✳ Let me break
7  down the words image, sound, logo after a few
8  scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9
10 251 ㉔ And God said, Let us make man in our image, after
11 Insert ¶ #
   our likeness: and let them have dominion over the fish of
12 the sea, and over the fowl of the air, and over the cattle,
13 and over all the earth, and over every creeping thing that
14 creepeth upon the earth. ㉗ So God created man in his own
15 image, in the image of God created he him; male and
16 female created he them. Genesis 2:7-And the LORD God formed
17 man of the dust of the ground, and breathed into his nostrils
18
19 252. the breath of life; and man became a living soul. ...
20 Insert ¶ #
21 Here's the words ⓐ image ⓑ sound ⓒ logo breakdown ⓐ image
22 is imago in Latin meaning LIKENESS, appearance, statue,
23 idea, echo. To me image can also mean image (I + mage =
24 eye magic meaning illusion) ⓑ sound root word in Greek is
25 phone. Sound is a type of wave motion that originates as the
26 vibration of a medium. In order to speak or sing, you
27 must add sound to letters. So in this breakdown of sound
28 I am going to use the Phoenician Alphabet which is the

94
Page Number

253. Early Linear Script that was used to write the
Insert ¶: Early Iron Age Canaanite languages. The 14th letter
in the Phoenician alphabet is nūn which is the phonemic
representation of N and the numerical value of 50.
Nūn is believed to be derived from an Egyptian hieroglyph
of a snake (serpent). In all languages the "n" represents
the alveolar nasal. The voiced alveolar nasal is a
type of consonantal sound used in numerous spoken

254. languages. The symbol in the international Phonetic
Insert ¶ a Alphabet that represents dental, alveolar, and
postalveolar nasals is "n". A dental consonant is
a consonant articulated with the tongue against
the upper teeth. Alveolar consonants are articulated
with the tongue against or close to the superior alveolar
ridge, which is called that because it contains the
alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue
Insert ¶ # near or touching the back of the alveolar ridge. The Phoenician
alphabet was used to write the Early Iron Age Canaanite
languages, subcategorized by historians as Phoenician,
Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
Logos in Ancient Greek means word, discourse, or reason
thats used in Western philosophy, psychology, and rhetoric; it
consistes an appeal to rational discourse that relies on inductive
and deductive reasoning. - In Christianity "Logos" means

256. The Word of God (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God). See, this is why the deception has been so much when it comes to spells, cross of words, and playing with the Bible in the form of manipulating, in-doctrinating, controlling, labeling, stealing, and altering. This has occured using ① Image ② sound, ③ Logos because whoever governs the Word of God as

*Insert ¶ #*

257. a steward is who controls or frees the people and their inheritance. So in this case we can see their motive at heart, which is their ability to play God in order to flee from judgement. Basically, while they're playing as God (false messiah) with their weapons of sorcery they are also leading people into Idolatry. They are also fleeing from judgement by pretending to be somebody that they are not and that's also how extortion is happening.

*Insert ¶ #*

258. All this means is that the false prophets (messengers) represents Revelation 13:11 - And I beheld another beast coming up out of the earth, and he had two horns like a lamb, and he spake as a dragon. *That sums up the three words ① Image = eye magic (appearance) ② sound - phone in Greek, and in the Phoenician alphabet the letter n (representation) which is the word nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another meaning of nun (female) is the word monk (male) and they are found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy

*Insert ¶ #*

Bv
Page Number

259 . Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
Insert ¶ #
They are also found in Indian Religions such as Hinduism,
Buddism, and Jainism. ① Logos = word, discourse or
reason. Discourse means - written or spoken communication
or debate. The word discourse is derived from the Latin
prefix "dis" meaning "away" and the root word "currere" meaning
"to run" and refers to the way that a conversation flows.
To study discourse is to analyze the use of spoken or

260 . written language in a social context. Logo also represents
Insert ¶ #
a graphic mark, emblem, or symbol used to aid and
promote public identification and recognition (it can also
include text of the name it represents as in a wordmark).
Logo is another form of trademark or branding (sounds
like mark of beast in the forehead because of perception due
to the fact that logos originally stands for The WORD of God and
not the words of the World) 2 Corinthians 4:1-  ①Therefore

261 . Seeing we have this ministry, as we have received mercy,
Insert ¶ #
we faint not; ② But have renounced the hidden things of
dishonesty, not walking in craftiness, nor handling the
word of God deceitfully; but by manifestation of the truth
commending ourselves to every man's conscience. In the
sight of God. ③ But if our gospel be hid, it is hid to them
that are lost: ④ In whom the god of this world hath blinded
the minds of them which believe not, lest the light of the
glorious gospel of Christ, who is the image of God should shine unto them.

87
Page Number

1  262. Another example of false prophets handling the word
   *Insert ¶ #*
2  of God deceitfully to blind the minds of humanity in order
3  to keep them in darkness and away from Jesus Christ of
4  Nazareth being their savior is: Revelation 1:8 I am the
5  Alpha and Omega, the beginning and the ending, saith
6  the Lord, which is, and which was, and which is to come,
7  the Almighty. The word Alpha means: 1ˢᵗ letter of Greek alphabet,
8  the vowel sound represented by this letter (a) ① Alpha, Astronomy.
9

10  263. used to designate the brightest star in a constellation. ② Chemistry
11  (of an animal) having the highest rank in dominance of hierarchy: the
    *Insert ¶ #*
12  alpha female of an elephant pack. Next, the word alphabet, alpha:above
13  definitions + bet = second letter in Phoenician alphabet and the letters
14  name means "House" now put them together and you get Alpha=Astronomy
15  + bet = house (Astronomy House = House of Witchcraft). then omega =
16  the 24ᵗʰ letter in the greek alphabet which is the last letter and the
17  word omega means "great O". Finally before I add it up the
18

19  264. last part is the movie Alpha and Omega for kids in which
    *Insert ¶ #*
20
21  Alpha is a female wolf and Omega is a male wolf. Now, all
22  this sum up to ② The movie Alpha and Omega equals Wolf(Beast)=
23  "I.MAGE (eye magic.)" ③ The Alphabet equals to
24  "Astronomy House, House of Witchcraft, Babylon" meaning
25  "Sound-Phone in Greek" ④ The word Alpha equals
26  1ˢᵗ letter of greek alphabet, the vowel sound of the letter (a), Alpha,
27  Astronomy, Alpha Centauri (triple star system in southern constellation
28  of Centaurus/south pole) meaning "LOGOS" equals the
   mark of Beast in Hand (Phone) & Forehead (movies, tv, digital realm)
   Technology

*86*
Page Number

※ They swapped WHICH
with WITCH because it's mentioned
3 times symbolizing TRINITY (Alpha Centauri)
not the Father, Son, and Holy Ghost... (Revelation 1:8)

SEASONS of The False Prophets Deception, Pimping & Harlotry

The End of thei

1. 265. False prophets (THEIR END) Matthew 7:15 BEWARE
   Insert ¶ #
2. of false prophets, which come to you in sheep's clothing,
3. but inwardly they are ravening wolves. * Now lets go
4. to Genesis 1:14 - And God said, let there lights in the
5. firmament of the heaven to divide the day from
6. the night; and let them be for signs, and for seasons,
7. and for days, and years... Here are a few seasons
8. and Holidays that have a different meaning or
9.
10. 266. overlooked meaning. #1 Autumn, also know as Fall
    Insert ¶ #
11. has Halloween in its season, Ironically, by autumn
12. being labeled as fall and Halloween being labeled
13. All Hallow's Eve, this pagan holiday is demonic,
14. satanic, and full of devil worship as it indoctrinates
15. the children since the children are the next generation.
16. Autumn/Fall indirectly glorifies the serpent for
17. causing eve to fall in the garden. Genesis 3:1 - Now
18.
19. 267. the serpent was more subtile than any beast of the
    Insert ¶ #
20.
21. field which the LORD God had made. And he said unto the
22. woman, Yea, hath God said, Ye shall not eat of every tree
23. of the garden * This was the first voice (sound) that
24. Eve heard after being created. This was the first
25. time the serpent twisted the word of God (Logos).
26. Genesis 3:4-6 And the serpent said unto the woman,
27. Ye shall not surely die: For God doth know that
28. in the day ye eat thereof, then your eyes shall be

89
Page Number

1    268. opened, and ye shall be as gods, knowing good
2    *Insert ¶ #* and evil ① And when the woman saw that the tree
3    was good for food, and that it was pleasant to the eyes,
4    and a tree to be desired to make one wise, she took
5    of the fruit thereof, and did eat, and give also unto
6    her husband with her, and he did eat. ✳ This is the second
7    time she heard his voice (sound) as he twisted the word
8    of God (logos) just to plant a picture in her head
9

10    269. (image). Genesis 3:7-8 ① And the eyes of them were
11    *Insert ¶ #* both opened, and they knew that they were naked; and
12    they sewed fig leaves together, and made themselves
13    aprons. ② And they heard the voice of the LORD God
14    walking in the garden in the cool of the day: and Adam
15    and his wife hid themselves from the presence of the
16    LORD God amongst the trees of the garden. ✳ This
17    is where her eyes opened however they were naked so
18

19    270. they made them some clothes to cover up their nakedness
20    *Insert ¶ #* which makes sense on why clothing is a tool people use
21   
22    to project a certain image in society. This is also how
23    Figueroa became a hoe street where women walk
24    around naked to make some money. This is also
25    a reprentation of the police showing up on prostitution
26    streets and the men and women hide themselves when
27    they see or hear the police, like Adam & Eve did to God. Mind
28    you, this passage also shows that Eve finally heard the

1 271. Lords voice; however it was after the serpent had already

Insert ¶ #

2 talked to Eve and caused them to fall. So basically, Autumn
3 symbolizes Adam and Fall symbolizes going downward and
4 the Halloween symbolizes Hallow Eve. This is crossing of
5 words also known as twisting words which is exactly what
6 the serpent did to Eve. The crossing of words is where
7 perversion (a twisted truth) and witchcraft (word curses) were
8 birth out in the garden of Eden when Eve believed the
9

10 272. serpent then ate of the tree of good and evil. In this

Insert ¶ #

11 season the serpent used the same tactics perversion (a twisted
12 truth) and witchcraft (word curses) however this time the tree
13 of good and evil (knowledge) was "MONEY", the perversion used as weapons
14 in this season is sexuality, identity, education, career, technology,
15 religion, family, faith, Bible, morality, etc. The witchcraft used as weapons
16 are spells, lies, slander campaigns, influential peddling, obstruction
17 of justice, and Biblical scriptures used to manipulate, exploit,
18

19 273. blackmail, etc. the people. So, what happened here is

Insert ¶ #

20 something we see everywhere in the world right now. It was
21 the enemy intentionally using such tactics against the people
22 so that they'd fall which then helps him profit off of the
23 demise, destruction, downfall, and/or death so that he can
24 advance his kingdom. Another name that goes with
25 Autumn/**Fall** is the words "Harvest Season" which is considered
26 the gathering of the fruit of ones labor. That means the enemy
27 has used the words Autumn, Fall, Halloween (Hallow Eve), and
28

91

Page Number

1  274. Harvest Season to indirectly mock Adams fall behind
   Insert ¶ #
2  Eve listening to the serpent which caused their disobedience to
3  God to cause them to produce the serpent a harvest. The
4  word "Hallow" means to make holy, sanctify, consecrate, to
5  honor as holy; consider sacred; venerate; to hallow a battlefield.
6  The etymology of the word "ween" is the slang word
7  for penis. Venerate means to regard with great respect;
8  revere. Eve is defined as: ① the evening or the day before a
9

10 275. special day ② Mother of all living (Genesis 3:20). * In
   Insert ¶ #
11 the western christian practice, the liturgical (customary public
12 ritual of worship) celebration begins with its first vespers (evening
13 prayer) in Catholic latin/Eastern rites, Eastern Orthodox, Oriental Orthodox,
14 and Lutheran liturgies) on the evening of 31 October, All Hallows
15 Eve (All Saints Eve) and ends at the compline (night prayer) of
16 1 November. This is the day before All Souls Day (the commemoration
17 of the poor souls in purgatory and gain them indulgences) on 2 November.
18

19 276. Roman Catholics take part in this portion of Allhallowtide (a
   Insert ¶ #                                          "Allhallowtide"
20
21 3 day religious observation called a triduum). Allhallowtide is a "time"
22 to remember the dead, including martyrs, saints, and faithful
23 christians. Hallowsday (All Saints' day) and thus of its vigil (Halloween)
24 was established for Rome perhaps by Pope Gregory III (731-741)
25 and was made of obligation throughout the Frankish Empire
26 by Louis Pious in 835. In the 11th century All Souls Day was
27 popularized, after Abbot Odilo established it is a day for the monks
28 of Cluny and associated monasteries to pray for the dead. *When

277. I see "Allhallowtide" being called a triduum to me
*Insert ¶ #*
it symbolizes a "false Trinity"; in fact it doesn't symbolize
anything because it is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off of Jesus' then the only Trinity is
The Father, The Son, and The Holy Ghost. The second reason is
Luke 20:38 - For he is not a God of the dead, but of the living:

278. for all live unto him. Matthew 8:21-22 And another of
*Insert ¶ #*
his disciples said unto him, Lord, suffer me first to go and
bury my father. ⁽²²⁾ But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 6:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, for that
he sinned by the dead, and shall hallow his head that same
day. Numbers No: 48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11 - He that toucheth
*Insert ¶ #*
the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally, ³ʳᵈ reason, is because
God says let the dead bury the dead; so ritualism
and days of religious prayers for the dead are all
done in vain; they go against the words of Christ which
means they symbolize the Anti Christ; To conclude this

Civil Rights Complaint Pursuant to U.S.C. § 1983

230. topic using a steganography for the words Autumn, Fall
Insert ¶ #
Halloween (HallowEve) and Harvest Season I will decode a
perverted meaning hiding in plain sight. HallowEve = Holy Mother
of all living + Halloween = sanctify the penis + Autumn =
of Adams' + Fall = Falling nature + Harvest Season (put it all together)
Holy mother of all living sanctify the penis of Adam's falling
nature; Holy mother of all living sanctify the evening of November
2nd as All souls day in remembrance of the harvest season

231. of the dead (this is just what I got from looking at the
Insert ¶ #
words. But when I was researching Thanksgiving because its the
next holiday, which is still considered to some as being Autumn
also known as fall, I found under Black Friday My 2 aunts and
one of their husbands plus I found the word SACS. The
word SAC means Southern Association of Colleges and Schools. It's
headquarters are in North Druid Hills Georgia near Decatur in
the Atlanta Metropolitan area and Decatur Georgia is where my

232. partner was born. So this confirms my halloween assumption
Insert ¶ #
about Adam and Eve.) Let me also breakdown "Allhallowtide"
which is called a tridum according to Catholicism. As I said
before tridium is a false trinity because its for the dead and
God is a living God. "Allhallowtide" means "Hallow = consecrate" +
"tide= flood" (put it all together) "Total consecrated flood" and since
its pertaining to the dead it will be a "totally consecrated flood
of the dead (from October 31 - Nov 2)". I cast out any spirit of
infirmity that came into peoples lives through pride, rejection,

94

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

233. trauma, accidents, witchcraft in the name of Jesus Christ of Nazareth. Lord, I command all spirits of lust, perversion, adultery, fornication, uncleanness, and immorality to come out of our sexual character in the name of Jesus Christ of Nazareth. I command all spirits of witchcraft, sorcery, divination, and occultism to come out in the name of Jesus Christ of Nazareth. I speak to all generational and hereditary spirits operating in our lives through curses to be bound and cast out in the

234. name of Jesus Christ of Nazareth. I command all spirits operating in my back, spine, sexual organs, skeletal system, stomach, navel, abdomen, mind, heart, spleen, kidneys, liver, pancreas to come out in the name of Jesus Christ of Nazareth Amen * Autumn, also known as Fall has Thanksgiving in its season. The story of Thanksgiving is stated to had been first celebrated on September 8, 1565 in St Augustine, Florida. It was the Native Americans and

235. Spanish settlers that held a feast as the Holy Mass was offered. A second Thanksgiving celebration occurred on American soil on April 30, 1598 in Texas when Don Juan de Oñate declared a day of Thanksgiving to be commemorated by the Holy Sacrifice of the Mass. The Catholics considered Squanto, the Native American man to be the beloved hero of Thanksgiving. Squanto mediated between the Puritan Pilgrims and the Native Americans. He had been enslaved by the English but was freed by Spanish Franciscans. Squanto was a baptized Catholic Native American who

95

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

286 . orchestrated what became known as Thanksgiving. ✱ . The
*Insert ¶#* Franciscans are a group of related mendicant (Roman
Catholic religious orders that have adopted for their male members
a lifestyle of poverty, traveling, and living in urban areas for
purposes of preaching, evangelizing, and ministry to the poor.)
Other mendicant orders are : Order of the Most Holy Trinity and
of the Captives (The Trinitarians) the founding-intention for the order
was the ransom of Christians held captives. In addition to ransoming

287 . Christian captives their ministry included hospitality, care of the
*Insert ¶#* sick and poor, churches, education, etc. The ransom is for the Christians
that are held captive by Muslims. The Order of Preachers also known
as the Dominican Order was founded to preach the gospel and to
oppose heresy. The order is famed for its intellectual tradition by
having produced many leading theologians and philosophers. This
order was also into Mysticism which refers to the conviction that
all believers have the capacity to experience God's love and that this

288 . love may manifest itself through brief ecstatic (religious ecstasy)
*Insert ¶#* (ecstasy is also a drug pill people use to get high and enjoy sexual pleasures)
experiences, such that one may be engulfed by God and gain immediate
knowledge of him, which is unknowable through the intellect alone. (No
wonder ecstasy was so big in the black communities.) The Patron
Saints under this order is Saint Dominic (Dominic de Guzman; born in
present day Castile-Leon, Spain) He is the patron saint of astronomers
and natural scientists. Saint Mary Magdalene the one who witnessed
the crucifixion & burial of Jesus plus she was the first person to see

96
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  289 . him after the Resurrection. **Saint Mary Magdalene** is the patron
Insert ¶ #
2  saint of Apothecaries (pharmacist and chemist), Arahal, Spain (a place
3  in the path where stopping to rest) in Arahal, Spain their are a few
4  monuments like Nta. Sra. de la Victoria Church, Vera-Cruz church
5  (founded by Knights Templar which is a Military order of the Catholic Church),
6  Nta. Sra. del Rosario convent (of the Rosary convent), San Roque Church
7  (patron against diseases and healer of contagion of all kinds), Santa Maria
8  Magdalena parish-church, and finally San Antonio Hermitage (retreat).
9
10  290. Atrani, Italy (sound like a tranny. akn transexual), Casamicciola
Insert ¶ #
11  
12  Terme (Main Sights: Church of Saint Antonio al Monte dedicated to Saint
13  Anthony of Padua born in Lisbon Portugal, was given the title Doctor
14  of the Church. Anthony's attributes consisted of the: Franciscan
15  habit, lily (purity, innocence, and rebirth), book (a medium for recording information)
16  tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion
17  in Catholicism; * I believe this is hypocrisy because Sampson was an Israelite warrior
18  and judge who was known for his prodigious strength that came from his hair until
19
20  291. Delilah found out where his strength came from then she cut his hair to
Insert ¶ #
21  weaken him), holding the Infant Jesus, mule (a hybrid between a female horse
22  and a male donkey meaning Jackass. Anthony of Padua is the patron
23  saint of Custody of the Holy Land (the mission of the Custody of the
24  Holy Land is to guard "the grace of the Holy Places" of the Holy
25  Land and the rest of the Middle East, "sanctified by the presence
26  of Jesus" as well as pilgrims visiting them, on behalf of the Catholic
27  Church. Activities owned by the Franciscan order are : Terra Santa
28  College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

Civil Rights Complaint Pursuant to U.S.C. § 1983